IN THE SUPERIOR COURT OF **Gwinnett** FILED IN OFFICE
STATE OF GEORGIA                          SUPERIOR COURT
                                          GWINNETT COUNTY

**Joseph S. Watkins**, Petitioner          2004 APR 27 PM 3:20

**GDC #1086941**                           **04-A04773-2**
Inmate Number                              TOM LAWLER, CLERK

                                           Civil Action No. _____

vs.

**Michelle Martin**, Warden                Habeas Corpus
**Phillips State Prison**,
Respondent
(Name of Institution where you are now located)

## APPLICATION FOR WRIT OF HABEAS CORPUS

### PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name, county, and court which entered the judgment of conviction under attack: **Floyd County Superior Court**
2. Date of conviction: **July 2, 2001**
3. Length of sentence(s): **Life plus five**
4. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? ☑ Yes  ☐ No
5. Name of offense(s). List all counts: **malice murder, felony murder, possession of firearm in commission of crime and stalking**
6. What was your plea? Please check one:
   ☐ Guilty
   ☐ Guilty but mentally ill
   ☐ Nolo contendere
   ☑ Not guilty
   If you entered a guilty plea to one count or indictment, and a not guilty or nolo contendere plea to another count or indictment, give details: **N/A**

7. Kind of trial. Please check one:
   ☑ Jury
   ☐ Judge only
8. Did you testify at the trial? ☐ Yes ☑ No
9. Did you appeal from the conviction? ☑ Yes ☐ No
10. If you did appeal, answer the following:
    Name of appellate court to which you appealed: **Georgia Supreme Court**
    Result of appeal: **Conviction affirmed**
    Date of result: **May 19, 2003**


RESPONDENT EXHIBIT 1a

Administrative Office of the Courts (Revised 02-15-00)                    Form HC-1

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this conviction in any state or federal court?
☐ Yes   ☒ No

12. If your answer to 11 was "Yes", give the following information : (**Note**: if more than three petitions, please use a separate sheet of paper and use the same format to list them.)

   A. Name of court and case number : _____
      What kind of case or action was this? _____
      All grounds raised (attach extra sheet of paper if necessary) : _____
      _____
      _____

      Did a judge hear the case?  ☐ Yes  ☐ No      Did witnesses testify?  ☐ Yes  ☐ No
      Name of Judge : _____
      Result : _____
      Date of result : _____

   B. As to any second petition, application or motion, give the same information.
      Name of court and case number : _____
      What kind of case or action was this? _____
      All grounds raised (attach extra sheet of paper if necessary) : _____
      _____
      _____

      Did a judge hear the case?  ☐ Yes  ☐ No      Did witnesses testify?  ☐ Yes  ☐ No
      Name of Judge : _____
      Result : _____
      Date of result : _____

   C. As to any third petition, application or motion, give the same information.
      Name of court and case number : _____
      What kind of case or action was this? _____
      All grounds raised (attach extra sheet of paper if necessary) : _____
      _____
      _____

      Did a judge hear the case?  ☐ Yes  ☐ No      Did witnesses testify?  ☐ Yes  ☐ No
      Name of Judge : _____
      Result : _____
      Date of result : _____

   D. Did you appeal to the Georgia Supreme Court or the Georgia Court of Appeals from the result taken on any petition, application or motion listed above?
      First petition, application or motion :        ☐ Yes   ☐ No
      Second petition, application or motion:      ☐ Yes   ☐ No
      Third petition, application or motion:        ☐ Yes   ☐ No

E. If you did not appeal from the denial of relief on any petition, application or motion, explain briefly why you did not : _____
_____

F. If you appealed to the highest state court having jurisdiction, did you file a petition for certiorari in the United States Supreme Court to review the denial of your petition by the Georgia Supreme Court or the Georgia Court of Appeals?   ☐ Yes   ☒ No

13. Do you have any petition or appeal now pending in any court, either state or federal, as to the conviction under attack?   ☐ Yes   ☒ No

14. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein :

At preliminary hearing : _Rex Abernathy, P.O. Box 370, Summerville, GA 30741_

At arraignment and plea : _Patti Keown, P.O. Box 370, Summerville, GA 30747_

At trial : _Rex Abernathy, P.O. Box 370, Summerville, GA 30747_

At sentencing : _Rex Abernathy, P.O. Box 370, Summerville, GA 30747_

On appeal : _L. Branch S. Connelly, P.O. Box 370, Summerville, GA 30747_

In any post-conviction proceeding : _____

On appeal from any adverse ruling in a post-conviction proceeding : _____

15. Do you have any other sentence, either state or federal, to serve after you complete the sentence imposed by the conviction under attack?   ☐ Yes   ☒ No

If so, give the name and location of the court(s) which imposed any other sentence : _____

And give the date and length of any other sentence to be served :

Have you filed, or do you contemplate filing, any petition attacking the judgment(s) which imposed any other sentence?   ☐ Yes   ☐ No

# PART II: STATEMENT OF YOUR CLAIMS

State concisely every ground on which you now claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

**1.**

GROUND ONE: ineffective assistance of counsel (See accompanying Petition for details.)

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law):

_____
_____
_____
_____

**2.**

GROUND TWO: _____
_____

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law):

_____
_____
_____
_____

**3.**

GROUND THREE: _____
_____

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law):

_____
_____
_____
_____

**4.**

GROUND FOUR: _____
_____

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law):

_____
_____
_____
_____

## PART III: OTHER CLAIMS NOT PRESENTED TO A COURT BEFORE THIS

If any of the grounds listed in PART II were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

_____
_____
_____
_____

Wherefore, petitioner prays that the Court grant relief to which the petitioner may be entitled in this proceeding.

Christopher T. Frazier                   11/6/04
P.O. Box 8315                            Date
Savannah, GA 31412-8315
Signature and Address of Petitioner's
Attorney (if any attorney)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Application for Writ of Habeas Corpus are true and correct.

Executed on _____
             Date

_____
Signature of Petitioner

Sworn to and subscribed before me this
_____ day of _____, 20_____.

_____
Notary Public or Other Person Authorized to Administer Oaths

---

**Please note that under O.C.G.A.§9-14-45 service of a petition of habeas corpus shall be made upon the person having custody of the petitioner. If you are being detained under the custody of the Georgia Department of Corrections, an additional copy of the petition must be served on the Attorney General of Georgia. If you are being detained under the custody of some authority other than the Georgia Department of Corrections, an additional copy of the petition must be served upon the district attorney of the county in which the petition is filed. Service upon the Attorney General or the district attorney may be had by mailing a copy of the petition and a proper certificate of service.**



# GEORGIA DEPARTMENT OF CORRECTIONS
## LEGAL OFFICE
SUITE 870, EAST TOWER
2 MARTIN LUTHER KING, JR. DRIVE, S.E.
ATLANTA, GEORGIA 30334-4900
404/ 656-0962
FAX ▯ 404/ 657-4317

**Sonny Perdue**
*Governor*

**James E. Donald**
*Commissioner*

William F. Amideo
*General Counsel*

Mark E. Guzzi
*Assistant General Counsel*

La'Quandra L. Smith
Kristi M. Carman
*Supervising Counsel*

Rhoda S. McCabe
*Senior Assistant Counsel*

Yolanda K. Johnson
Candy Sarvis
*Assistant Counsel*

James L. Allen
*Policy & Procedure Administrator*

Gwen S. Lyle
*Contracts Administrator*

May 3, 2004

Honorable Mary Beth Westmoreland
Deputy Attorney General
Department of Law
40 Capitol Square, SE
Atlanta, Georgia 30334-0001

Re:   **Habeas Corpus**
      **Joseph S. Watkins vs. Michelle Martin**
      **Superior Court of Gwinnett County**
      **Civil Action No.: 04-A-04773-2**

Dear Ms. Westmoreland:

I am writing to request representation for the following employee of the Georgia Department of Corrections:

**Michelle Martin, Warden**

Defendant received the enclosed documents on:

**April 1, 2004**

Defendant may be contacted through:

**Phillips State Prison**

This office is happy to assist you in obtaining any information you may need.

As always, your representation is greatly appreciated.

Sincerely,

William F. Amideo
General Counsel

/dac
Enclosure

| | |
|---|---|
| Civil Action No. 04-A-04773-2 | Magistrate Court ☐ |
| Date Filed 4-27-04 | Superior Court ☒ |
| | State Court ☐ |
| | Georgia, GWINNETT COUNTY |

JOSEPH S. WATKINS
GDC # 1086741

**Plaintiff**

Attorney's Address
CHRISTOPHER A. FRAZIER
3001 U.S. HIGHWAY 80 EAST
UNIT 301
SAVANNAH, GA. 31410

VS.

MICHELLE MARTIN, WARDEN
PHILLIPS STATE PRISON

**Defendant**

Name and Address of Party to be Served
MICHELLE MARTIN - WARDEN
PHILLIPS STATE PRISON
BUFORD, GA

**Garnishee**

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant PHILLIPS STATE PRISON a corporation by leaving a copy of the within action and summons with MICHELLE MARTIN WARDEN in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 28 day of APR, 2004
1240 PM

_____ Cpl. A. Mathias 5056
**DEPUTY**

SHERIFF DOCKET _____   PAGE _____

GWINNETT COUNTY, GEORGIA

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant

SC-2 Rev.85

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Joseph S. Watkins
GDC #1086941

CIVIL ACTION NUMBER **04-A04773-2**

---

PLAINTIFF

VS.

Michelle Martin, Warden
Phillips State Prison

---

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of Said Court and serve upon the Plaintiff's attorney, whose name and address is:

Christopher A. Frazier
Attorney at Law
8001 U.S. Highway 80 East
Unit 301
Savannah, GA 31410

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __27__ day of __April__, 20__04__.
     __28__         __April__        __2004__

Tom Lawler
Clerk of Superior Court

By: _Vicki L Helms_
       Deputy Clerk
       _Vicki L Helms_

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

COC SC-1 Revised 12-99

American LegalNet, Inc.
www.USCourtForms.com