IN THER SUPERIOR COURT OF CHARLTON COUNTY
STATE OF GEORGIA

JOSEPH WATKINS
Petitioner

CIVIL ACTION

V.

FILE NO. 09V-233

MICHELLE MARTIN, Warden
Respondent

### AMENDMENT AND SUPPLEMENT OF PREVIOUSLY FILED PETITION FOR WRIT OF HABEAS CORPUS

Comes now Petitioner, Joseph Watkins, and files this amendment and supplement to his previously filed Petition for Writ of Habeas Corpus and, pursuant to O.C.G.A. §§ 9-14-41, et seq., O.C.G.A. § 9-11-15 (a), *Murrell v. Young*, 285 Ga. 182 (674 S.E.2d 890) (2009) and *Nelson v. Zant*, 261 Ga. 358 (405 S.E.2d 250) (1991). Mr. Watkins further shows:

1.

Mr. Watkins original habeas corpus petition was filed by attorney Christopher Frazier who since has been disbarred for misconduct in the representation of a prisoner who hired him for representation in a post conviction proceeding. *In Re Frazier,* 284 Ga. 443 (667 S.E.2d 615) (2008).

2.

This amendment and supplement does not raise any new claims of constitutional error not previously raised. Petitioner incorporates by reference all allegations of fact contained in his first amendment and supplement filed July 15, 2009.

RESPONDENT EXHIBIT 16   Blumberg No. 5194

WHEREFORE, Petitioner respectfully prays that this Court:

1. Allow Petitioner to amend and supplement his previously filed petition; and

1

IN THE SUPERIOR COURT OF **CHARLTON COUNTY**
STATE OF GEORGIA

**JOSEPH WATKINS**,
Petitioner

**GDC 1086941**,
Inmate Number

Civil Action No. **09V-233**

vs.

**MICHELLE MARTIN**,
Warden

Habeas Corpus

_____,
Respondent
(Name of Institution where you are now located)

## APPLICATION FOR WRIT OF HABEAS CORPUS

### PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name, county, and court which entered the judgment of conviction under attack: **SUPERIOR COURT, FLOYD COUNTY**
2. Date of conviction: **July 2, 2001**
3. Length of sentence(s): **LIFE, FIVE YEARS CONSECUTIVE**
4. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?  ☒ Yes  ☐ No
5. Name of offense(s). List all counts: **FELONY MURDER, POSSESSION OF A FIREARM DURING FELONY, AGG. ASSAULT, STALKING**
6. What was your plea? Please check one:
   ☐ Guilty
   ☐ Guilty but mentally ill
   ☐ Nolo contendere
   ☒ Not guilty
   If you entered a guilty plea to one count or indictment, and a not guilty or nolo contendere plea to another count or indictment, give details: _____

7. Kind of trial. Please check one:
   ☒ Jury
   ☐ Judge only
8. Did you testify at the trial?  ☐ Yes  ☒ No
9. Did you appeal from the conviction?  ☒ Yes  ☐ No
10. If you did appeal, answer the following:
    Name of appellate court to which you appealed: **GEORGIA SUPREME COURT**
    Result of appeal: **CONVICTIONS AFFIRMED**
    Date of result: **MAY 19, 2003**

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this conviction in any state or federal court?   ☐ Yes   ☒ No

12. If your answer to 11 was "Yes", give the following information : (Note: if more than three petitions, please use a separate sheet of paper and use the same format to list them.)

   A. Name of court and case number : _____
   What kind of case or action was this? _____
   All grounds raised (attach extra sheet of paper if necessary) : _____
   _____

   Did a judge hear the case?   ☐ Yes   ☐ No      Did witnesses testify?   ☐ Yes   ☐ No
   Name of Judge : _____
   Result : _____
   Date of result : _____

   B. As to any second petition, application or motion, give the same information.
   Name of court and case number : _____
   What kind of case or action was this? _____
   All grounds raised (attach extra sheet of paper if necessary) : _____
   _____

   Did a judge hear the case?   ☐ Yes   ☐ No      Did witnesses testify?   ☐ Yes   ☐ No
   Name of Judge : _____
   Result : _____
   Date of result : _____

   C. As to any third petition, application or motion, give the same information.
   Name of court and case number : _____
   What kind of case or action was this? _____
   All grounds raised (attach extra sheet of paper if necessary) : _____
   _____

   Did a judge hear the case?   ☐ Yes   ☐ No      Did witnesses testify?   ☐ Yes   ☐ No
   Name of Judge : _____
   Result : _____
   Date of result : _____

   D. Did you appeal to the Georgia Supreme Court or the Georgia Court of Appeals from the result taken on any petition, application or motion listed above?
      First petition, application or motion :      ☐ Yes   ☐ No
      Second petition, application or motion:     ☐ Yes   ☐ No
      Third petition, application or motion:      ☐ Yes   ☐ No

E. If you did not appeal from the denial of relief on any petition, application or motion, explain briefly why you did not : _____

F. If you appealed to the highest state court having jurisdiction, did you file a petition for certiorari in the United States Supreme Court to review the denial of your petition by the Georgia Supreme Court or the Georgia Court of Appeals?   ☐ Yes   ☐ No

13. Do you have any petition or appeal now pending in any court, either state or federal, as to the conviction under attack?   ☐ Yes   ☐ No

14. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein :
At preliminary hearing : REX ABERNATHY, SUMMERVILLE GEORGIA
At arraignment and plea : PATTI KEOWN
At trial : REX ABERNATHY, WILLIAM O'DELL ROME GEORGIA
At sentencing : REX ABERNATHY, WILLIAM O'DELL
On appeal : L. BRANCH CONNELLY, SUMMERVILLE GEORGIA
In any post-conviction proceeding : CHRISTOPHER FRAZIER AUGUST SIEMON
On appeal from any adverse ruling in a post-conviction proceeding : _____

15. Do you have any other sentence, either state or federal, to serve after you complete the sentence imposed by the conviction under attack?   ☐ Yes   ☒ No
If so, give the name and location of the court(s) which imposed any other sentence : _____

And give the date and length of any other sentence to be served : _____

Have you filed, or do you contemplate filing, any petition attacking the judgment(s) which imposed any other sentence?   ☐ Yes   ☐ No

Administrative Office of the Courts (Revised 06-12-96)   - 3 -   Form HC-1

## PART II: STATEMENT OF YOUR CLAIMS

State concisely every ground on which you now claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

1.

GROUND ONE: INEFFECTIVE ASSISTANCE OF COUNSEL

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law): 1. FAILURE TO INTRODUCE CELL TOWER EVIDENCE SHOWING ACTUAL INNOCENCE AND IMPEACH TESTIMONY OF WITNESSES JACOBS AND MULLINAX. 2. FAILURE TO OBJECT TO INADMISSIBLE EVIDENCE 3. FAILURE TO INTRODUCE EVIDENCE OF DISTANCE AND TIME TO SUPPORT CELL TOWER EVIDENCE.

2.

GROUND TWO: ACTUAL INNOCENCE

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law): EVIDENCE SHOWS IT WAS IMPOSSIBLE FOR PETITIONER TO COMMIT THE CRIMES UNDER STATES EVIDENCE AND THEORY AT TRIAL

3.

GROUND THREE: _____

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law): _____

4.

GROUND FOUR: _____

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law): _____

## PART III: OTHER CLAIMS NOT PRESENTED TO A COURT BEFORE THIS

If any of the grounds listed in PART II were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _INEFFECTIVE ASSISTANCE OF COUNSEL UNAVAILABLE IMPEACHING EVIDENCE._

Wherefore, petitioner prays that the Court grant relief to which the petitioner may be entitled in this proceeding.

August F. Siemon                 10/8/2009
P.O. Box 589 ATL. GA 30301
                                        Date

_(signature)_

Signature and Address of Petitioner's
Attorney (if any attorney)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Application for Writ of Habeas Corpus are true and correct.

Executed on __10/8/2009__.
         Date

X _Joseph Watkins_
Signature of Petitioner

Sworn to and subscribed before me this
___ day of __October__, 2009.

_Jacqueline Reid_
Notary Public or Other Person Authorized to Administer Oaths

[Notary Seal: JACQUELINE REID, NOTARY, EXPIRES AUG. 23, 2013, ___ COUNTY, GEORGIA]

Please note that under O.C.G.A. §9-14-45 service of a petition of habeas corpus shall be made upon the person having custody of the petitioner. If you are being detained under the custody of the Georgia Department of Corrections, an additional copy of the petition must be served on the Attorney General of Georgia. If you are being detained under the custody of some authority other than the Georgia Department of Corrections, an additional copy of the petition must be served upon the district attorney of the county in which the petition is filed. Service upon the Attorney General or the district attorney may be had by mailing a copy of the petition and a proper certificate of service.

2. Grant such other relief as may be appropriate.

                                                     **Respectfully submitted;**

*/s/ August F. Siemon*

**August F. Siemon**
State Bar No. 645838
P.O. Box 599
Atlanta, Georgia 30301
(404) 614-0020

**COUNSEL FOR PETITIONER**

## CERTIFICATE OF SERVICE

I certify that on this date I have served a copy of the foregoing pleading by depositing a copy in the United States Mail, with sufficient postage attached to insure delivery, addressed to:

JASON FISHER
Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334

This 8th day of October, 2009

August F. Siemon