IN THER SUPERIOR COURT OF WASHINGTON COUNTY
STATE OF GEORGIA

JOSEPH WATKINS
Petitioner

CIVIL ACTION

V.

FILE NO. 05-CV-336

JF
N41094

MICHELLE MARTIN, Warden
Phillips State Prison
Respondent

## AMENDMENT AND SUPPLEMENT TO PREVIOUSLY
## FILED PETITION FOR WRIT OF HABEAS CORPUS

Comes now Petitioner, Joseph Watkins, and files this amendment and supplement to his previously filed Petition for Writ of Habeas Corpus and, pursuant to O.C.G.A. §§ 9-14-41, et seq, and *Nelson v. Zant,* 261 Ga. 358 (405 S.E.2d 250) (1991), adds the following claims of constitutional deprivation at his state trial and appeal which have resulted in the unconstitutional confinement he currently endures:

1. Each claim for relief raised below is predicated on Article I, §I, ¶¶ 1, 2, 3, 4, 5 9, 14, 16, 17 and 18 of the Constitution of the State of Georgia, and the Fourth, Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States and on other law set forth in the petition.

### CLAIM ONE

### MR. WATKIN'S RIGHT TO THE EFFECTIVE ASSISTANCE
### OF COUNSEL WAS VIOLATED BY ERRORS MADE BEFORE
### AND DURING HIS TRIAL, MOTION FOR NEW TRIAL HEARING
### AND IN THE SUPREME COURT OF GEORGIA



RESPONDENT
EXHIBIT
1c
Blumberg No. 5114

2. On June 18, 2001, prior to the commencement of Petitioner's trial on June 25, 2001, Petitioner's trial counsel contacted Paul G. Steffes, Ph.D. Dr. Steffes was a professor at Georgia Institute of Technology and had worked extensively in the area of radio systems and communications and had initiated the graduate course in Satellite Communications at Georgia Tech, where he had lectured for 20 years. He had also taught courses in antennas and radio wave propagation.

3. Trial counsel's purpose in contacting Dr. Steffes was to obtain expert assistance in confronting testimony concerning cell phone reception which they expected the State would present at Petitioner's trial.

4. On June 19, 2001, in a meeting with both defense counsel and counsel for the prosecution, Dr. Steffes reviewed the connection records which indicated that at 7:15 pm on January 11, 2000, a telephone call was initiated from Petitioner's cellphone which originated with a connection to Verizon/Airtouch tower 354, also called the "Kingston" tower.

5. Dr. Steffes indicated to both the defense and prosecution counsel that based on his calculations the cellphone in question could not have been in the vicinity (within 4 miles) of the scene of the murder for which Petitioner was accused.

6. Dr. Steffes testified to this fact at trial on June 29, 2001. However, because his conclusions were based on "models" and calculations of the coverage of the tower in question, the prosecutor raised a number of questions regarding the understanding of the precision of the coverage models. The prosecutor also raised in recross-examination a question as to how a tower which was added to Verizon/Airtouch network after the crime might have affected the conclusions reached.   (TT pp. 1376-1400)[1]

---

[1] References to the trial transcript will be cited as (TT p.___).

7. All of the questions raised regarding limits to the location of the Petitioner's cellular telephone at the initiation of the telephone call initiated on January 11, 2000 at 7:15 pm could have been resolved by direct measurement of the coverage area of the Kingston tower. Dr. Steffes shared this information with both defense counsel and the prosecution prior to the time of trial. No measurements were conducted.

8. So as to definitively constrain the limits to the location of the defendant's cellular telephone at the time of the origination of the January 11, 2000 (7:15 pm) telephone call, Dr. Steffes and Mr. Ryan Pirkl, a Georgia Tech graduate assistant working under Dr. Steffes' supervision, conducted extensive measurements of the coverage of the Verizon Kingston tower on January 29, 2009.

9. The measurement system consisted of a Tektronix Model YBT250 Base Station Transmitter and Interference Analyzer connected to a Creative Design Model CLP-5130-2 log-periodic antenna. These components were selected because of their ability to effectively separate the cellular telephone signals from the different Verizon towers in the Rome area, and because their high sensitivity would account for any possible changes to the Kingston tower antennas since January 2000.

10. Extensive testing was conducted at 6 locations in the area around the crime scene and in the environs of the Kingston tower. Fifty-nine additional measurements were conducted directly from a moving vehicle using the Tektronix Model YBT250 Base Station Transmitter and Interference Analyzer connected to a mobile antenna attached to the roof of the vehicle.

11. The measurements taken by Dr. Steffes on January 29, 2009 could have been made prior to Petitioner's trial. The measurements could have verified the accuracy of the models testified to in the original trial. Further, the measurements conclusively indicate that at the

3

initiation of the telephone call which began on January 11, 2000 at 7:15 pm from the Petitioner's cellular telephone, the cellphone in question could not have been in the vicinity (within 4 miles) of the scene of the murder for which Petitioner was convicted.

12. Although evidence and testimony concerning cellphone signals and reception was presented during Petitioner's trial, the evidence presented was incomplete and misleading. Evidence and testimony was readily available, had trial counsel followed the advice of their own expert, Dr. Steffes, which would have conclusively established Petitioner's actual innocence of the crimes charged in the indictment on which he was tried; that is in light of the available reliable evidence, it is more likely than not that no reasonable juror would have found Petitioner guilty beyond a reasonable doubt.

13. Evidence was readily available to Petitioner's trial counsel to show that due to the distances, road and bridge construction and traffic, it would have been impossible for Petitioner to travel from a location where he could have connected to the Kingston tower to the location where an eyewitness to the murder of the victim first saw the victim's vehicle and the assailant's vehicle together.

14. Evidence could have been presented that Petitioner would have had to have travelled a minimum of 7.8 miles between 7:15 (the time the call from Petitioner's cellphone was connected to the Kingston tower) and 7:19 (the time when the eyewitness' call to 9-1-1 was received), stopping at least once and travelling through a construction site and several traffic lights.

15. During Petitioner's trial, witnesses were allowed to testify without objection from trial counsel as to inadmissible opinion evidence. Two witnesses were allowed to testify that Petitioner was the only enemy of the murder victim. (TT pp. 97, 925) Another witness, the

victim's father, was allowed to testify that the victim had no enemies.(TT p. 219) A police officer was allowed to testify without objection that his investigation kept leading him back to Petitioner and that he was unable to find anyone except Petitioner who had a motive for shooting the victim. (TT. Pp. 426-428)

16.   During Petitioner's trial, incriminating statements allegedly made by Petitioner's co-defendant were admitted into evidence. The admission of these statements opened the door for further incriminating and extremely prejudicial evidence to be presented by the State. Had trial counsel adequately investigated the case prior to trial, it could have been conclusively established that Petitioner's co-defendant was incarcerated in the Floyd County Jail at the time the statements were allegedly made and thus could not have been present when a witness testified the statements were made.

17.   Further evidence of counsels' ineffectiveness will be presented at an evidentiary hearing on this amended petition.

## CLAIM TWO

**PETITIONER'S RIGHT TO DUE PROCESS OF LAW WAS VIOLATED BY HIS CONVICTION IN LIGHT OF HIS ACTUAL INNOCENCE OF THE CRIMES CHARGED IN THE INDICTMENT ON WHICH HE WAS TRIED; THAT IS IN LIGHT OF THE AVAILABLE RELIABLE EVIDENCE, IT IS MORE LIKELY THAN NOT THAT NO REASONABLE JUROR WOULD HAVE FOUND PETITIONER GUILTY BEYOND A REASONABLE DOUBT.**

18.   Petitioner incorporates by reference paragraphs 1-14 above.

19.    At Petitioner's trial, a State's witness, Yvonne Agan, testified that the victim, who was a friend of her son, came to her door on an occasion stating that Petitioner was chasing him and shooting at him. (TT pp. 1139-1148) At the trial of Petitioner's co-defendant, Ms. Agan's testimony was dramatically different.

20.   Further evidence of Petitioner's actual innocence will be presented at an evidentiary hearing on this amended petition.

**WHEREFORE**, Petitioner respectfully prays that this Court:

1.   Issue a writ of habeas corpus to have Petitioner brought before it to the end that he may be discharged from his unconstitutional confinement and restraint.

2.   Allow Petitioner to Amend and Supplement his previously filed petition.

3.   Conduct a hearing at which proof may be offered concerning the allegations of this petition;

4.   Allow Petitioner a period of thirty (30) days, which period shall commence after the completion of any transcript of the hearing this Court conducts, in which to brief the issues of fact and law raised by this petition;

5.   Grant such other relief as may be appropriate.

Respectfully submitted;

August F. Siemon
State Bar No. 645838
P.O. Box 599
Atlanta, Georgia 30301
(404) 614-0020

**COUNSEL FOR PETITIONER**

# AFFIDAVIT

The undersigned, Paul G. Steffes, School of Electrical & Computer Engineering, Georgia Institute of Technology, Atlanta, Georgia 30332-0250, 404-894-3128, upon first being duly sworn deposes and states upon oath the following:

1.      I am Professor and Associate Chair for Research in the School of Electrical and Computer Engineering at the Georgia Institute of Technology ("Georgia Tech"). I have served on the academic faculty at Georgia Tech for over 26 years.  I received the Ph.D. degree in Electrical Engineering from Stanford University in 1982 and S.M. and S.B. degrees in Electrical Engineering from the Massachusetts Institute of Technology in 1977. As shown in my Curriculum Vitae, which is attached as Exhibit A, I have worked extensively in the area of radio systems and communications and initiated the graduate course in Satellite Communications at Georgia Tech, which I lectured for 20 years. I have also taught courses in antennas and radio wave propagation which pertain directly to the technical material in this proceeding. Additionally, I have served as an expert scientific witness for both prosecution and defense in numerous cases, including several criminal cases in which reception records from cell towers were used in determination of handset location pertinent to the location of the defendants. I have been retained by the family of the Defendant, Joseph Watkins, to conduct measurements of the coverage of towers in the Verizon cellular network, and to provide an expert opinion concerning the location of the Defendant's cellular telephone when a call was initiated on the evening of January 11, 2000. I am being compensated for my time for my work in connection with this case. This compensation is not contingent upon my performance, the outcome of this case, or any issues involved in, or related to, this case.  I am also being reimbursed for authorized travel and

1

related consultation expenses. I have personal knowledge of the facts recited below and, if called upon, I could and would testify competently thereto.

2.      I was first asked to serve as an expert witness in the case of State of Georgia vs. Joseph Watkins by defense counselors Rex Abernathy and William O'Dell on June 18, 2001, only eight days before commencement of the trial. At that time, they requested my travel to Rome, Georgia on the next day (June 19, 2001) so as to review exhibits to be presented by the prosecution regarding the potential for determining the location of a cellular telephone possessed by the defendant, based on records of connection with cellular telephone towers provided by the defendant's cellular service provider (Verizon/AirTouch).  On June 19, 2001, in a meeting with both defense counsel and prosecution, I reviewed the connection records which indicated that at 7:15 pm on January 11, 2000, a telephone call was initiated from the defendant's cellphone which originated with a connection to Verizon/Airtouch tower 354, also called the "Kingston" tower. I indicated to both the defense and prosecution counsel that based on my calculations that the cellphone in question could not have been in the vicinity (within 4 miles) of the scene of the murder for which the defendant was accused. I testified to this fact at trial on June 29, 2001. Because my conclusions were based on "models" and calculations of the coverage of the tower in question, the prosecutor raised a number of questions regarding our understanding of the precision of the coverage models. The prosecutor also raised in recross-examination a question as to how a tower which was added to Verizon/Airtouch network after the crime might affect the conclusions reached.

3.      All of the questions raised regarding limits to the location of the defendant's cellular telephone at the initiation of the telephone call initiated on January 11, 2000 at 7:15 pm could have been resolved by direct measurement of the coverage area of the Kingston tower. I

shared this information with both defense and prosecution at the time of the trial. Defense counsel never requested that the measurements be conducted.

4.     So as to definitively constrain the limits to the location of the defendant's cellular telephone at the time of the origination of the January 11, 2000 (7:15 pm) telephone call, I conducted extensive measurements of the coverage of the Verizon Kingston tower on January 29, 2009. These measurements were conducted in the presence of Defense Counsel Mr. August (Bud) Siemon III, in addition to Mr. John Watkins, and Mr. Ryan Pirkl. The measurement system consisted of a Tektronix Model YBT250 Base Station Transmitter and Interference Analyzer connected to a Creative Design Model CLP-5130-2 log-periodic antenna. These components were selected because of their ability to effectively separate the cellular telephone signals from the different Verizon towers in the Rome area, and because their high sensitivity would account for any possible changes to the Kingston tower antennas since January 2000. Extensive testing was conducted at six locations in the area around the crime scene and in the environs of the Kingston tower. Fifty-nine additional  measurements were conducted directly from a moving vehicle using the Tektronix Model YBT250 Base Station Transmitter and Interference Analyzer connected to a mobile antenna attached to the roof of the vehicle.

5.     A summary of the measurements conducted is attached as Exhibit B. The exhibit is in the form of a map, with black points indicating locations where contact with the Kingston tower is not possible. Other colors indicate locations where connection is possible, with the color indicating the relative strength of the signal. These new measurements verify that, beyond any doubt, that at the initiation of the telephone call which began on January 11, 2000 at 7:15 pm from the defendant's cellular telephone, the cellphone in question could not have been in the vicinity (within 4 miles) of the scene of the murder for which the defendant was accused.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of July, 2009, at 151 Nassau Street, Atlanta, Fulton County, Georgia.

_Paul G. Steffes_

Paul G. Steffes

Sworn and subscribed before
The undersigned notary Public,

this 1st day of July, 2009.

_Millard Farmer_

Notary Public

Notary Public, DeKalb County, Georgia
My Commission Expires May 18, 2010

List of Exhibits:

Exhibit A: Steffes Biography

Exhibit B: Map showing results of the January 29, 2009 measurement campaign.

4

**EXHIBIT A:**

## BIOGRAPHICAL SKETCH

PAUL G. STEFFES
PROFESSOR AND ASSOCIATE CHAIR
SCHOOL OF ELECTRICAL AND COMPUTER ENGINEERING
GEORGIA INSTITUTE OF TECHNOLOGY
ATLANTA, GEORGIA 30332-0250

## EDUCATION

S.B.   Electrical Engineering   1977
S.M.   Electrical Engineering   1977
       Massachusetts Institute  of  Technology

Ph.D.  Electrical Engineering   1982
       Stanford University

## EMPLOYMENT HISTORY

Massachusetts Institute of Technology, Research Laboratory
of Electronics, Radio Astronomy and Remote Sensing Group
        Graduate Research Assistant     1976-1977

Watkins-Johnson Company, Sensor Development, San Jose,
California
        Member of the Technical Staff          1977-1982

Stanford University, Electronics Laboratory,
Center for Radar Astronomy, Stanford, California
        Graduate Research Assistant     1979-1982

Georgia Institute of Technology, School of Electrical and Computer Engineering,
Atlanta, Georgia
        Assistant Professor               1982-1988
        Associate Professor               1988-1994
        Professor                         1994-Present
        Associate Chair for Graduate Affairs   2004-2006
        Associate Chair for Research      2006-present

## EXPERIENCE SUMMARY

At Massachusetts Institute of Technology

Responsible for development, operation, and data analysis for an 8-channel, 118 GHz radiometer system
flown aboard the NASA Flying Laboratory (CV-990) as an engineering model for a meteorological
sensing satellite. Duties included hardware development of millimeter-wave, microwave, analog, and A
to D segments of the system, in addition to airborne operation and reduction of data. The research
resulted in a Master's thesis entitled "Atmospheric Absorption at 118 GHz," detailing the first airborne

measurement of high altitude atmospheric absorption in the 2.5 millimeter wavelength range, due to atmospheric oxygen.

At Watkins-Johnson Company

Responsibilities included proposals and system design and development, particularly in the area of millimeter-wave systems. Responsibility for millimeter-wave systems development included government sponsored study and development of ELINT (Electronic Intelligence) and radar warning receiving systems to frequencies as high as 110 GHz, as well as internal company sponsored development projects including a 60 GHz communications system and millimeter-wave downconverters.

At Stanford University

Research was concentrated in the area of microwave radio occultation experiments from Voyager and Mariner spacecraft, with specific interest in microwave absorption in planetary atmospheres. Work included computer-based theoretical development of microwave absorption coefficients for planetary atmospheres, to facilitate the use of radio occultation-derived microwave absorption profiles in determining constituent densities. Additional work included the development of a fully instrumented experimental facility for use in measuring the microwave properties of planetary atmospheres under simulated planetary conditions. The research resulted in a Ph.D. dissertation entitled "Abundances of Cloud-Related Gases in the Venus Atmosphere as Inferred from Observed Radio Opacity."

At Georgia Tech

Research Activities: Principal Investigator of the National Science Foundation (NSF) grant, "Remote Sensing of Clouds Bearing Acid Rain." This research studied and designed a microwave/millimeter-wave system for remotely sensing the pH of acidic clouds (1982-1983). Principal Investigator for the NASA Planetary Atmospheres Program grant, "Laboratory Evaluation and Application of Microwave Absorption Properties under Simulated Conditions for Planetary Atmospheres." This research involves laboratory study of the interaction between atmospheric constituents and electromagnetic waves, with application to microwave remote sensing of the atmospheres of Venus and the outer planets using both spacecraft and radio telescopes (1984-2009). Principal Investigator of the GTE Spacenet Program, "Satellite Interference Location System (SILS)." The program involved location of uplink signals on the surface of the earth without disrupting regular satellite operations (1986-1990). Principal Investigator of the Emory University/Georgia Tech Biomedical Technology Research Center project, "Research in Development of a Non-Invasive Blood Glucose Monitoring Technique." This research involved the use of active infrared systems to determine glucose levels in the human eye and bloodstream (1988-1989), with subsequent support (1990-1991) from Lifescan, Inc. Principal Investigator of the NASA Pioneer Venus Guest Investigator Program, "Pioneer Venus Radio Occultation (ORO) Data Reduction: Profiles of 13 cm Absorptivity." This research inferred 13 cm wavelength absorptivity profiles using the Pioneer Venus Orbiter, and then used such profiles to characterize abundance profiles for gaseous $H_2SO_4$ in the Venus atmosphere (1988-1990). Principal Investigator/Team Member of NASA High Resolution Microwave Survey (HRMS). This research involved development and operation of the world's most sensitive receiving system used for a 1-10 GHz Sky Survey (1991-1994). Subsequent support was provided by the SETI Institute (1994-2000) and involved development of a 30-meter radio telescope system at Woodbury, Georgia and a database containing all earth orbiting transmitters. Developer of atmospheric radio occultation experiments conducted with the Magellan (Venus) Spacecraft (1991-1994). Director of the Georgia Tech Satellite Earth Station System. Responsible for development of a Ku-band uplink/downlink system for use in inter-university networks (1985-1995). Principal investigator in the NASA/ACTS Propagation Experiments Program (1994-1999). This research involved study of Ka-Band propagation effects on CDMA satellite communications systems. Developed prototype Ka-Band CDMA satellite terminal for Raytheon/TI systems, and assisted in evaluation and testing (1997-99). Principal Investigator of the NSF Division of Astronomical Sciences Grant, "A Spectrum Study and

2

Demonstration of the Role of "Smart Radios" in the Protection of Passive Scientific Radio Services." This research involved development of a Radio Spectrum Evaluation System (RSES) and studies of spectrum usage and compatibility (2003-05). Science team member for the NASA Juno (Jovian Polar Orbiter) Mission (2006-2017). This activity involves microwave laboratory measurements and radiative transfer modeling to support detection and measurement of water vapor in the deep Jovian atmosphere using passive microwave radiometry.

Teaching Activities: Was Principal Professor for "Satellite Communications and Navigation Systems" (graduate course) and for "Electromagnetics Design" (undergraduate design experience). Currently serve as Coordinating Professor for "Professional Communications Seminar" (for Ph.D. students). Have also taught "Electromagnetics" (Junior level course required of all EE and CompE students). Have taught "Antennas," "Introduction to Radar," "Electromagnetics I and II," "Electromagnetics Applications," "Signals and Systems," and "Survey of Remote Sensing."

Administrative Activities: Chairman, School of ECE Electromagnetics Technical Group, 1990-1996. Associate Chair for Graduate Affairs, 2004-2006, responsible for graduate admissions and all aspects of the graduate program operation involving a program of over 1000 graduate students. Associate Chair for Research, 2006-present, responsible for administration of the $60M+/yr research operation for the School of ECE including proposal support, deliverable monitoring, intellectual property and faculty new-start innovation, and research development.

## HONORS AND AWARDS
Member, Eta Kappa Nu.
Member, Sigma Xi.
Fellow, IEEE (Member of 6 IEEE Societies).
Recipient of the Stewart Award (MIT for exceptional contribution to student extra-curricular life, 1977).
Recipient of the Metro Atlanta Young Engineer of the Year Award, presented by the Society of Professional Engineers, 1985.
Recipient of the Sigma Xi Young Faculty Research Award, 1988.
Associate Editor, Journal for Geophysical Research (JGR-Atmospheres), 1984-1989.
Appointed Member of the NASA Management and Operations Working Group for the Planetary Atmospheres Program (1986-1990).
Recipient of the Sigma Xi Best Faculty Paper Award, 1991.
Recipient of the NASA Group Achievement Award, "For outstanding contribution to the design, development, and operation of the High Resolution Microwave Survey Project, and its successful inauguration," March 1993.
Recipient of the 1996 IEEE Judith A. Resnik Award, "For contributions to an understanding of the Venus atmosphere through innovative microwave measurements," January 1996.
Named to the Editor's list of distinguished reviewers for the journal ICARUS (International Journal of Solar System Exploration), ICARUS, v. 134, p185 (August 1998).
National Research Council / Space Studies Board Certificate of Appreciation for outstanding service as a member of the Task Group on NASA Research and Analysis Programs (1998).
Recipient of "2000-2001 Professor of the Year Award" by the Georgia Tech Graduate Student Senate.
Named a lifetime National Associate of the National Academy of Sciences, in recognition of service to the National Academies, December 2001.

## OTHER PROFESSIONAL AFFILIATIONS
Member, American Association for the Advancement of Science.
Member, American Astronomical Society, Division for Planetary Sciences.
Member, American Geophysical Union.
Member, American Institute of Physics.
Member, American Society for Engineering Education.
Member (Elected), International Union of Radio Scientists (URSI), Commission J (Radio Astronomy).

Chairman, Atlanta Chapter, IEEE Antennas and Propagation Society and Microwave Theory and Techniques Society, 1986-1988. Director, IEEE Atlanta Section, 1988-1989.
Georgia Tech Chapter, Sigma Xi, Vice President, 1990-1991; President 1991-1992; Past-President, 1992-1993.
Chairman, Publicity Committee, 1993 IEEE International Microwave Symposium.
Local Arrangements Committee, 2001 American Astronomical Society/ Division for Planetary Sciences Meeting.

## OTHER PROFESSIONAL ACTIVITIES

-Chairman, National Research Council (NAS/NAE) Committee on Radio Frequencies, 1998-2001. (Member, 1995-98; Past-Chair, 2001-02).
-Member, National Research Council (NAS/NAE) Task Group reviewing the NASA Research and Analysis Programs. 1996-1998.
-Proposal Reviewer for the NASA Planetary Astronomy Program, the NASA Planetary Atmospheres Program, the NASA Planetary Instrument Definition and Development Program, the NASA Planetary Data Analysis Programs, the NASA Exobiology Program, the NASA Discovery Program, the NASA Pluto-Kuiper Express Mission, the NASA Pluto-Kuiper Belt Mission, the NASA/ESA Rosetta Mission, the NASA Microgravity Biotechnology Program, the NSF Communications Research Program, the NIH SBIR Program, the CDC Technology Development Grants Program, and the Juvenile Diabetes Foundation International Grants Program..
-Reviewer/Referee for *Icarus* (International Journal of Solar System Studies), *Journal of Geophysical Research, RadioScience, IEEE Microwave and Guided Wave Letters, Science, Diabetes Technology and Therapeutics, IEEE Transactions on Geoscience and Remote Sensing,* and for several textbooks in the area of electromagnetics.
-Consultant to industry in the areas of microwave, millimeter-wave, and RF systems for communications, detection, and monitoring. This includes satellite communications, antenna systems, and propagation. Also consult in the area of non-invasive glucose detection systems. Expert witness in cases involving antenna/communications system performance, and the effects of environmental factors on such systems. Has been a principal expert witness in the area of cellular telephone position estimation. Testimony was heavily cited in the September 2000 Georgia Supreme Court decision which allowed use of reception records from cell towers to be used in determination of handset location (Pullin v. the State of Georgia, S00A1063, Supreme Court of Georgia).

## PATENTS

E. H. Orr and P. G. Steffes, "Method and System for Detecting Water Depth and Piloting Vessels," Patent # 4,757,481, issued July 12, 1988.

R. V. Tarr and P. G. Steffes, "Non-Invasive Blood Glucose Measurement System," Patent #5,243,983, issued September 14, 1993.

P.G. Steffes, "Non-Invasive Blood Glucose Measurement System and Method Using Optical Refractometry," Patent #6,442,410, issued August 27, 2002.

## PUBLICATIONS

Theses

P. G. Steffes, "A Microwave (UHF) Television Repeater System," S.B. Thesis, Massachusetts Institute of Technology, 1976.

P. G. Steffes, "Atmospheric Absorption at 118 GHz," S.M. Thesis, Massachusetts Institute of Technology, 1977.

P. G. Steffes, "Abundances of Cloud-Related Gases in the Venus Atmosphere as Inferred from Observed Radio Opacity," Ph.D. Dissertation, Stanford University, 1982.

Books

A.W. England, P. G. Steffes *et al.*, Supporting Research and Data Analysis in NASA's Science Programs: Engines for Innovation and Synthesis.  National Academy Press, Washington, D. C.  ISBN 0-309-06275-6, 1998.

P. G. Steffes and J. Stratigos "Satellite Technologies Serving as Last-Mile Solutions," in *Broadband Last Mile: Access Technologies for Multimedia Communications*, ed. Nikil Jayant, Taylor and Francis Books, USA , CRC Press, Boca Raton, FL, ISBN: 0-824-75886-2, May 2005.

R.E. Deemer, P. G. Steffes *et al.*, Review of the Space Communications Program of NASA's Space Operations Mission Directorate  National Academy Press, Washington, D. C.  ISBN 0-309-10297-9, 2006.

Journal Publications

P. G. Steffes and R. A. Meck, "Prototype Tests Secure Millimeter Communications," Microwave Systems News, vol. 10, pp. 59-68, October 1980.

V. R. Eshleman, D. O. Muhleman, P. D. Nicholson, and P. G. Steffes, "Comment on Absorbing Regions in the Atmosphere of Venus as Measured by Radio Occultation," Icarus, vol. 44, pp. 793-803, December 1980.

P. G. Steffes and V. R. Eshleman, "Sulfur Dioxide and Other Cloud-Related Gases as the Source of the Microwave Opacity of the Middle Atmosphere of Venus," Icarus, vol. 46, pp. 127-131, April 1981.

P. G. Steffes and V. R. Eshleman, "Laboratory Measurements of the Microwave Opacity of Sulfur Dioxide and Other Cloud-Related Gases Under Simulated Conditions for the Middle Atmosphere of Venus," Icarus, vol. 48, pp. 181-187, November 1981.

P. G. Steffes and V. R. Eshleman, "Sulfuric Acid Vapor and Other Cloud-Related Gases in the Venus Atmosphere: Abundances Inferred from Observed Radio Opacity," Icarus, vol. 51, pp. 322-333, August 1982.

P. G. Steffes, "Millimeter-Wavelength Remote Sensing of Stratospheric Sulfur Dioxide," EOS, vol. 64, pp. 198-199, May 1983.

P. G. Steffes, "Laboratory Measurements of the Microwave Opacity and Vapor Pressure of Sulfuric Acid Under Simulated Conditions for the Middle Atmosphere of Venus," Icarus, vol. 64, pp. 576-585, December 1985.

P. G. Steffes, "Evaluation of the Microwave Spectrum of Venus in the 1.2 to 22 cm Wavelength Range Based on Laboratory Measurements of Constituent Gas Opacities," Astrophysical Journal, vol. 310, pp. 482-489, November 1, 1986.

P. G. Steffes and J. M. Jenkins, "Laboratory Measurements of the Microwave Opacity of Gaseous Ammonia (NH3) Under Simulated Conditions for the Jovian Atmosphere," Icarus, vol. 52, pp. 35-47, October 1987.

J. M. Jenkins and P. G. Steffes, "Constraints on the Microwave Opacity of Gaseous Methane and Water Vapor in the Jovian Atmosphere," Icarus, vol. 76, December 1988.

J. Joiner, P. G. Steffes, and J. M. Jenkins, "Laboratory Measurements of the 7.5-9.38 mm Absorption of Gaseous Ammonia (NH3) Under Simulated Jovian Conditions," Icarus, vol. 81, pp. 386-395, 1989.

W. W. Smith and P. G. Steffes, "Time Delay Techniques for a Satellite Interference Location System," IEEE Transactions on Aerospace and Electronic Systems, vol. 25, pp. 224-231, March 1989.

P. G. Steffes, M. J. Klein, and J. M. Jenkins, "Observation of the Microwave Emission of Venus from 1.3 to 3.6 cm," Icarus, vol. 84, pp. 83-92, March 1990.

J. M. Jenkins and P. G. Steffes, "Results for 13 cm Absorptivity and H2SO4 Abundance Profiles from the Season 10 (1986) Pioneer-Venus Orbiter Radio Occultation Experiment," Icarus, vol. 90, pp. 129-138, March 1991.

W. W. Smith, Jr. and P. G. Steffes, "A Satellite Interference Location System Using Differential Time and Phase Measurement Techniques," IEEE Aerospace and Electronic Systems Magazine, vol. 6, pp. 3-7, March 1991.

A. K. Fahd and P. G. Steffes, "Laboratory Measurement of the Millimeter-Wave Properties of Liquid Sulfuric Acid (H2SO4)," Journal of Geophysical Research (Planets), vol. 96, pp. 17,471-17,476, September 25, 1991.

J. Joiner and P. G. Steffes, "Modeling of the Millimeter-Wave Emission of Jupiter Utilizing Laboratory Measurements of Ammonia (NH3) Opacity," Journal of Geophysical Research (Planets), vol. 96, pp. 17,463-17,470, September 25, 1991.

P. G. Steffes and G. P. Rodrigue, "Comment on Rapid Pulsed Microwave Propagation," IEEE Microwave and Guided Wave Letters, vol. 2, pp. 200-201, May 1992.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the Microwave and Millimeter-Wave Opacity of Gaseous Sulfur Dioxide (SO2) under Simulated Conditions for the Venus Atmosphere," Icarus, vol. 97, pp. 200-210, June 1992.

A.J. Gasiewski and P.G. Steffes, "University Profile: The Laboratory for Radioscience and Remote Sensing at the Georgia Institute of Technology, IEEE Geoscience and Remote Sensing Society Newsletter, vol. 88, pp. 16-21, September 1993.

J. Joiner, P. G. Steffes, and K. S. Noll, "Search for Sulfur (H2S) on Jupiter at Millimeter Wavelengths," IEEE Transactions on Microwave Theory and Techniques, vol. 40, pp. 1101-1109, June 1992.

P. G. Steffes and D. R. DeBoer, "A SETI Search of Nearby Solar-Type Stars at the 203 GHz Positronium Hyperfine Resonance," Icarus , vol. 107, pp. 215-218, January, 1994.

D. R. DeBoer,  and P.G. Steffes, "Laboratory Measurements of the Microwave Properties of H2S under Simulated Jovian Conditions with an Application to Neptune", Icarus, Vol. 109, pp. 352-366, June 1994.

P. G. Steffes, J. M. Jenkins, R. S. Austin, S. W. Asmar, D. T. Lyons, E. H. Seale, and G. L. Tyler, "Radio Occultation Studies of the Venus Atmosphere with the Magellan Spacecraft. 1. Experiment Description and Performance," Icarus, vol. 110, pg. 71-78, July 1994.

J. M. Jenkins, P. G. Steffes, J. Twicken, D. P. Hinson, and G. L. Tyler, "Radio Occultation Studies of the Venus Atmosphere with the Magellan Spacecraft 2. Results from the October 1991 Experiment" Icarus, vol. 110, pg. 79-94, July 1994.

D. R. DeBoer and P. G. Steffes, "The Georgia Tech High Sensitivity Microwave Measurement System," Astrophysics and Space Science, Vol. 236, pp. 111-124, February 1996.

S. H. Suleiman, M. A. Kolodner, and P. G. Steffes, "Laboratory Measurement of the Temperature Dependence of Gaseous Sulfur Dioxide (SO2) Microwave Absorption with Application to the Venus Atmosphere," Journal of Geophysical Research, Vol. 101, Number E2, pp. 4623-4635, February 1996.

D. R. DeBoer and P. G. Steffes, "Estimates of the Troposheric Vertical Structure of Neptune Based on Microwave Radiative Transfer Studies," Icarus, vol. 123, pp. 324-335, October 1996.

M. S. Alouini, S. A. Borgsmiller, and P. G. Steffes, "Channel Characterization and Modeling for Ka-Band Very Small Aperture Terminals," Proceedings of the IEEE, vol. 85, pp. 981-997, June 1997.

M. A. Kolodner and P. G. Steffes,   "The Microwave Absorption and Abundance of Sulfuric Acid Vapor in the Venus Atmosphere based on New Laboratory Measurements," Icarus, vol. 132, pp. 151-169, March 1998.

R. V. Tarr and P. G. Steffes (invited), "The Non-Invasive Measure of D-glucose in the Ocular Aqueous Humor using Stimulated Raman Spectroscopy," IEEE LEOS Newsletter, vol. 12, pp. 22-27, April 1998.

P.G. Steffes (invited), "Laser-Based Measurement of Glucose in the Ocular Aqueous Humor: An Efficacious Portal for Determination of Serum Glucose Levels," Diabetes Technology and Therapeutics, vol. 1, pp.129-133, Summer 1999.

J. P. Hoffman, P.G. Steffes, and D.R. DeBoer, "Laboratory Measurements of Phosphine's Microwave Opacity: Implications for Planetary Radio Science," Icarus, vol. 140, pp. 235-238, July 1999.

D.R. DeBoer and P. G. Steffes, "Performance and Uses of a Refurbished 30-m Former Satellite Communications Antenna: The Georgia Tech Woodbury Research Facility," RadioScience, vol. 34, pp. 991-1003, July-August 1999.

J.P. Hoffman, P.G. Steffes, and D.R. DeBoer, "The Microwave Absorption and Abundance of Phosphine in the Atmospheres of Saturn and Neptune Based on New Laboratory Measurements." Icarus, vol. 152, pp. 172-184, July 2001.

B.J. Butler, P.G. Steffes, S.H. Suleiman, M.A. Kolodner and J.M. Jenkins, "Accurate and Consistent Microwave Observations of Venus and Their Implications." Icarus, vol. 154, pp. 226-238, December 2001.

J.M. Jenkins, M.A. Kolodner, B.J. Butler, S.H. Suleiman, and P.G. Steffes, "Microwave Remote Sensing of the Temperature and Distribution of Sulfur Compounds in the Lower Atmosphere of Venus." Icarus, vol. 158, pp. 312-328, August 2002.

P.N. Mohammed and P.G. Steffes, "Laboratory Measurements of the Ka-band (7.5mm to 9.2mm) Opacity of Phosphine ($PH_3$) and Ammonia ($NH_3$) under Simulated Conditions for the Cassini-Saturn Encounter." <u>Icarus,</u> vol. 166, pp. 425-435, December 2003.

P.N. Mohammed and P.G. Steffes, "Laboratory Measurements of the W-band (3.2 mm) Properties of Phosphine ($PH_3$) and Ammonia ($NH_3$) under Simulated Conditions for the Outer Planets." <u>Journal of Geophysical Research,</u> vol 109, no. E07S13, pp 1-9, July 2004.

T.R. Hanley and P.G. Steffes, "Laboratory Measurements of the Microwave Opacity of Hydrochloric Acid Vapor in a Carbon Dioxide Atmosphere," <u>Icarus,</u> vol. 177, pp. 286-290, September 2005.

T. R. Hanley and P.G. Steffes, "A High-Sensitivity Laboratory System for Measuring the Microwave Properties of Gases under Simulated Conditions for Planetary Atmospheres," <u>Radio Science,</u> vol 42, no. RS6010, pp.1-12, November-December 2007.

W.C. Barott and P.G. Steffes, "A 3-D Pattern-Space Representation for Volumetric Arrays," <u>IEEE Antennas and Wireless Propagation Letters,</u> vol.7, pp. 527-530, December 2008.

W.C. Barott and P.G. Steffes, "Grating Lobe Reduction in Aperiodic Linear Arrays of Physically Large Antennas," <u>IEEE Antennas and Wireless Propagation Letters,</u> in press, 2009.

W.C. Barott, M.A. Ingram, and P.G. Steffes, "Scan Loss Pattern Synthesis for Single- and Multi-satellite Tracking LEO Ground Stations That Use Adaptive Arrays," <u>IEEE Transactions on Aerospace and Electronic Systems,</u> in press, 2009.

T. R. Hanley, P.G. Steffes, and B.M. Karpowicz, "A New Model of the Hydrogen and Helium-Broadened Microwave Opacity of Ammonia Based on Extensive Laboratory Measurements," <u>Icarus,</u> vol 202, pp. 316-335, July 2009.


<u>Conference Presentations with Published Proceedings or Abstracts</u>

P. G. Steffes, "Sulfur Dioxide and Other Cloud-Related Gases as Microwave Absorbers in the Middle Atmosphere of Venus," <u>Bulletin of the American Astronomical Society,</u> vol. 12, pg. 719, 1980.

P. G. Steffes and V. R. Eshleman, "Laboratory Measurements of the Microwave Opacity of Cloud Related Gases Under Simulated Conditions for the Venus Atmosphere," <u>Bulletin of the American Astronomical Society,</u> vol. 13, pg. 716, 1981.

P. G. Steffes and V. R. Eshleman, "Abundances of Cloud-Related Gases in the Venus Atmosphere: Implications from Observed Radio Opacity," <u>Proceedings of the International Conference on the Venus Environment,</u> Palo Alto, California, vol. 1, pg. 20, November 1981.

P. G. Steffes and V. R. Eshleman, "Sulfuric Acid Vapor and Other Cloud-Related Gases in the Venus Atmosphere: Abundances Inferred from Observed Radio Opacity," <u>Abstracts of the Fourth Annual Meeting of Planetary Atmospheres Principal Investigators,</u> University of Michigan, vol. 1, pp. 20-21, April 21-23, 1982.

P. G. Steffes, "Microwave Remote Sensing of Gases and Clouds Involved in the Formation of Acid Precipitation," <u>Digest of 1983 International Geoscience and Remote Sensing Symposium (IGARSS '83),</u> San Francisco, Califomia, vol. 2, no. FA-4, pp. 3.1-3.4, 1983.

P. G. Steffes, "A Millimeter-Wave System for the Remote Sensing of Acidic Clouds and Precursor Gases in the Troposphere," <u>Digest of the Eighth International Conference on Infrared and Millimeter Waves</u>, Miami Beach, Florida, vol. 1, pp. 264-265, December 16, 1983.

P. G. Steffes, P. S. Stellitano, and R. C. Lott, "Measurements of the Microwave Opacity and Vapor Pressure of Gaseous Sulfuric, Acid Under Simulated Venus Conditions," <u>Bulletin of the American Astronomical Society</u>, vol. 16, pg. 694, 1984.  Presented at the 16th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Kona, Hawaii, October 1984.

P. G. Steffes, "Laboratory Measurements of Microwave Absorption from Gaseous Constituents Under Conditions for the Outer Planets," presented at the Conference on the Jovian Atmospheres, New York, published in <u>The Jovian Atmospheres</u>, NASA Conference Publication 2441, pp. 111- 116, May 1985.

P. G. Steffes, "Microwave Absorption from Cloud-Related Gases in Planetary Atmospheres," <u>Proceedings of the 1985 Joint Assembly of the International Association of Meteorology and Atmospheric Physics (IAMAP) and the International Association of Physical Sciences of the Ocean (IAPSO)</u>, Paper No. M10- 13, pg. 96, August 1985. (invited)

P. G. Steffes and D. H. Watson, "Constraints on Constituent Abundances in the Venus Atmosphere from the Microwave Emission Spectrum in the 1 to 20 cm Wavelength Range," <u>Bulletin of the American Astronomical Society</u>, vol. 17, pg. 720, 1985.  Presented at the 17th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Baltimore, Maryland, October 1985.

P. G. Steffes, "Microwave Properties of the Atmospheres of the Outer Planets: Laboratory Measurements with the Georgia Tech Planetary Atmospheres Simulator," <u>Proceedings of the Laboratory Measurements for Planetary Science Workshop</u>, Meudon, France, pg. L-6, November 3, 1986.

P. G. Steffes, J. M. Jenkins, M. F. Selman, and W. W. Gregory, "Laboratory Measurements of the Microwave Opacity of Gaseous Ammonia (NH3) under Simulated Conditions for Jovian Atmospheres," <u>Bulletin of the American Astronomical Society</u>, vol. 18, pg. 787, 1986.  Presented at the 18th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, France, November 5, 1986.

P. G. Steffes, "Laboratory Measurements of the Millimeter-Wave Absorption from Gaseous Constituents Under Simulated Conditions for the Outer Planets," <u>Proceedings of the Laboratory Measurements for Planetary Science II Workshop</u>, Pasadena, California, pp. 6-7 through 6-8, November 9, 1987.

J. M. Jenkins and P. G. Steffes, "Limits of the Microwave Absorption of H20 and CH4 in the Jovian Atmosphere," <u>Bulletin of the American Astronomical Society</u>, vol. 19, pg. 695, 1987.  Presented at the 19th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Pasadena, Califomia, November 11, 1987.

J. Joiner, J. M. Jenkins, and P. G. Steffes, "Laboratory Measurements of the Opacity of Gaseous Ammonia (NH3) in the 7.3-8.3 mm (36-41 GHz) Range Under Simulated Conditions for Jovian Atmospheres," <u>Bulletin of the American Astronomical Society</u>, vol. 19, pg. 694, 1987.  Presented at the 19th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Pasadena, Califomia, November 11, 1987.

P. G. Steffes, J. M. Jenkins, and M. J. Klein, "Observation of the Microwave Emission Spectrum of Venus from 1.3 to 3.6 cm," <u>Bulletin of the American Astronomical Society,</u> vol. 19, pg. 780, 1987.  Presented at the 19th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Pasadena, Califomia, November 11, 1987.

J. M. Jenkins and P. G. Steffes, "Preliminary Results for 13-cm Absorptivity Observed During Pioneer-Venus Radio Occultation Season #10 (1986-87)," Bulletin of the American Astronomical Society, vol. 20, pg. 834, 1988.  Presented at the 20th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Austin, Texas, November 1, 1988.

J. Joiner, J. M. Jenkins, and P. G. Steffes, "Millimeter-Wave Measurements of the Opacity of Gaseous Ammonia (NH3) Under Simulated Conditions for the Jovian Atmosphere," Bulletin of the American Astronomical Society, vol. 20, pg. 867, 1988.  Presented at the 20th Annual Meeting of the Division of Planetary Sciences of the American Astronomical Society, Austin, Texas, November 3, 1988.

P. G. Steffes, "Laboratory Measurements of Microwave and Millimeter-Wave Properties of Planetary Atmospheric Constituents," Laboratory Research for Planetary Atmospheres, NASA Conference Publication CP-3077, pp. 5-26, 1990.  Presented at the First International Conference for Laboratory Research for Planetary Atmospheres, Bowie, Maryland, October 1989. (invited)

J. M. Jenkins and P. G. Steffes, "Potential Variability of the Abundance and Distribution of Gaseous Sulfuric Acid Vapor below the Main Cloud Deck in the Venus Atmosphere," Bulletin of the American Astronomical Society, vol. 21, pg. 925, 1989.  Presented at the 21st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Providence, Rhode Island, October 31, 1989.

P. G. Steffes, "Evidence for Temporal Variations in S02 Abundance in the Sub-Cloud Region of the Venus Atmosphere," Bulletin of the American Astronomical Society, vol. 21, pg. 925, 1989.  Presented at the 2lst Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Providence, Rhode Island, October 31, 1989.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the Dissociation Factor of Gaseous Sulfuric Acid (H2SO4)," Bulletin of the American Astronomical Society, vol. 21, pg. 927, 1989.  Presented at the 21st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Providence, Rhode Island, November 1, 1989.

J. Joiner and P. G. Steffes, "Models of the Millimeter-Wave Emission of the Jovian Atmosphere Utilizing Laboratory Measurements of Gaseous Ammonia (NH3)," Bulletin of the American Astronomical Society, vol. 21, pg. 945, 1989.  Presented at the 21st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Providence, Rhode Island, November 1, 1989.

W. W. Smith and P. G. Steffes, "A Satellite Interference Location System using Differential Time and Phase Measurement Techniques," Proceedings of the IEEE International Carnahan Conference on Security Technology: Crime Countermeasures, publ. no. 90CH2892-8, pps. 38-41, 1990.  Presented at the IEEE International Carnahan Conference on Security Technology: Crime Countermeasures, Lexington, Kentucky, October 11, 1990.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the 1.3 and 13.3 cm Opacity of Gaseous SO2 under Simulated Conditions of the Middle Atmosphere of Venus," Bulletin of the American Astronomical Society, vol. 22, pg. 1032, 1990.  Presented at the 22nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Charlottesville, Virginia, October 22, 1990.

A. K. Fahd and P. G. Steffes, "Laboratory Measurement of the Millimeter-Wave Properties of Liquid Sulfuric Acid (H2SO4) Between 90 and 100 GHz," Bulletin of the American Astronomical Society, vol. 22, pg. 1035, 1990.  Presented at the 22nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Charlottesville, Virginia, October 22, 1990.

J. Joiner and P. G. Steffes, "Study of Millimeter-Wave Absorbing Constituents in the Jovian Atmospheres," <u>Bulletin of the American Astronomical Society</u>, vol. 22, pg. 1032, 1990. Presented at the 22nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Charlottesville, Virginia, October 22, 1990.

J. M. Jenkins and P. G. Steffes, "Sulfuric Acid Vapor Profiles for the Atmosphere of Venus Below the Main Cloud Deck," <u>Bulletin of the American Astronomical Society</u>, vol. 22, pg. 1055, 1990. Presented at the 22nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Charlottesville, Virginia, October 23, 1990.

P. G. Steffes and J. M. Jenkins, "Atmospheric Radio Occultation Measurements with Magellan at Venus," <u>JPL Publication</u>, JPL-D-8581, pp. B I-B8, 1991. Presented at the Magellan Atmospheric Science and Science Contingency Workshop, Pasadena, California, May 7, 1991.

P. G. Steffes, "The Potential for Millimeter-Wave SETI," <u>Third Decennial USA- USSR Conference on SETI - A.S.P. Conference Series</u>, vol. 47, pp. 367-371, 1993. Presented at the USA- USSR Joint Conference on the Search for Extraterrestrial Intelligent Life, Santa Cruz, California, August 9, 1991.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the Millimeter-Wave Opacity of Gaseous Sulfuric Acid (H2SO4) under Venus-Like Conditions," <u>Program of the Third International Conference on Laboratory Research for Planetary Atmospheres</u>. Presented at the Third International Conference on Laboratory Research for Planetary Atmospheres, Palo Alto, California, Paper SP-20, November 3, 1991.

B. Ragent, L. Travis, D. Crisp. D. Allen, P. Steffes, J. Jenkins, G. Deardorff, and Y. Hung, "Correlations of Earth-Based NIR Imagery and Pioneer-Venus Orbiter Imagery and Data," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1192, November 1991. Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, California, November 6, 1991.

A. K. Fahd and P. G. Steffes, "Laboratory Measurements of the Millimeter-Wave (3 mm) Opacity of Gaseous SO2 under Simulated Conditions of the Middle Atmosphere of Venus," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1194, November 1991. Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, California, November 6, 1991.

J. M. Jenkins and P. G. Steffes, "Comparison of Kalman and Wiener Filtering Techniques for Processing Pioneer Venus Radio Occultation Data," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1195, November 1991. Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, California, November 6, 1991.

P. G. Steffes, J. M. Jenkins, R. S. Austin, G. L. Tyler, and E. H. Seale, "Radio Occultation Studies of the Venus Atmosphere with the Magellan Spacecraft," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1196, November 1991. Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, California, November 6, 1991.

J. Joiner and P. G. Steffes, "Search for H2S on Jupiter at Millimeter Wavelengths: Observations and Laboratory Measurements," <u>Bulletin of the American Astronomical Society</u>, vol. 23, p. 1135, November 1991. Presented at the 23rd Meeting of the Division for Planetary Sciences of the American Astronomical Society, Palo Alto, California, November 4, 1991.

A. K. Fahd and P. G. Steffes, "Understanding the Variation in the Millimeter-Wave Emission of Venus," <u>International Colloquium on Venus</u>, LPI Contribution No. 789, pp. 32-34, August 1992. Presented at the International Colloquium on Venus, Pasadena, California, August 10, 1992.

J. M. Jenkins and P. G. Steffes, "Long-Term, Variations in the Abundance and Distribution of Sulfuric Acid Vapor in the Venus Atmosphere Inferred from Pioneer Venus and Magellan Radio Occultation Studies," International Colloquium on Venus, LPI Contribution No. 789, pp. 50-51, August 1992. Presented at the International Colloquium on Venus, Pasadena, California, August 10, 1992.

P. G. Steffes, G.O. Hirvela, and D. G. Lashley, "Preliminary Results from Laboratory Measurements of the Centimeter Wavelength Opacity of Hydrogen Sulfide (H2S) Under Simulated Conditions for the Outer Planets," Program of the Fourth International Conference on Laboratory Research for Planetary Atmospheres, pg. S 1, October 1992.  Presented at the Fourth International Conference on Laboratory Research for Planetary Atmospheres, Munich, Germany, October 10-11, 1992.

P. G. Steffes, J. M. Jenkins, G. L. Tyler, J. Twicken, R. S. Austin, and S. W. Asmar, "Preliminary Results from the October 1991 Magellan Radio Occultation Experiment," Bulletin of the American Astronomical Society, vol. 24, pg. 1003, October 1992.  Presented at the 24th Meeting of the Divisionfor Planetary Sciences of the American Astronomical Society, Munich, Germany, October 19, 1992.

D. R. DeBoer and P. G. Steffes, "The Georgia Tech Spacebome Transmitter Database and Its Uses in SETI and Radio Astronomy," International Union of Radio Science Programs and Abstracts: 1993 National Radio Science Meeting, pg. 224, January 1993.  Presented at the 1993 National Radio Science Meeting, Boulder, Colorado, January 8, 1993.

P. G. Steffes and D. R. DeBoer, "A SETI Search of Nearby Solar-Type Stars at the 203 GHz Positronium Hyperfine Resonance."   Presented at the Bioastronomy Symposium: Progress in the Search for Extraterrestrial Life, Santa Cruz, California, page 30, August 17, 1993.

D. R. DeBoer and P. G. Steffes, "Laboratory Measurements of the Centimeter-Wave Characteristics of H2S under Simulated Conditions for the Outer Planets." Program of the Fifth International Conference on Laboratory Research for Planetary Atmospheres, Boulder, CO, pg. SP-06, October 1993.

D. R. DeBoer and P. G. Steffes, "Effects of the Centimeter Wavelength Opacity of H2S on Propagation and Emission in the Atmospheres of the Outer Planets." Bulletin of the American Astronomical Society, vol. 25, pg. 1080, October 1993.  Presented at the 25th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Boulder, CO, October 20, 1993.

J. M. Jenkins, P. G. Steffes, J. Twicken, D. P. Hinson, and G. L. Tyler, "Atmospheric Profiles and Sulfuric Acid Vapor (H2SO4) Profiles from the October 1991 Magellan Orbiter Radio Occultation Experiments at Venus." Bulletin of the American Astronomical Society, vol. 25, pg. 1093, October, 1993.  Presented at the 25th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Boulder, CO, October 20, 1993.

D.R. DeBoer and P.G. Steffes, "The Georgia Tech High Sensitivity Microwave Measurement System." Program of the Sixth International Conference on Laboratory Research for Planetary Atmospheres, pg. 28, October 1994.  Presented at the Sixth International Conference on Laboratory Research for Planetary Atmospheres, Bethesda, MD, October 30, 1994.

M.A. Kolodner and P.G. Steffes, "On the Saturation Vapor Pressure of Sulfuric Acid (H2SO4)." Program of the Sixth International Conference on Laboratory Research for Planetary Atmospheres, pg. 35, October 1994.  Presented at the Sixth International Conference on Laboratory Research for Planetary Atmospheres, Bethesda, MD, October 30, 1994.

S.H. Suleiman and P.G. Steffes, "Laboratory Measurement of the Temperature Dependence of Gaseous Sulfur Dioxide (SO2) Microwave Absorption under Simulated Conditions for the Venus Atmosphere." Program of the Sixth International Conference on Laboratory Research for Planetary Atmospheres, pg.

29, October 1994.  Presented at the Sixth International Conference on Laboratory Research for Planetary Atmospheres, Bethesda, MD, October 30, 1994.

D.R. DeBoer and P.G. Steffes, "Radiative Transfer Results from Neptune Microwave Emission." Bulletin of the American Astronomical Society, vol. 26, pg. 1094, October 1994.  Presented at the 26th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Bethesda, MD, November 1, 1994.

P.G. Steffes, D.R. DeBoer, and W.W. Smith, "Observations of the Jovian Microwave (5cm) Emission During and Subsequent to the Collision with Comet Shoemaker-Levy 9." Bulletin of the American Astronomical Society, vol. 26, pg. 1586, December 1994.  Presented at the 26th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Bethesda, MD, October 31, 1994.

D.H. Howard and P.G. Steffes, "Georgia Tech ACTS Class II Experiment," Presentations of the Sixth ACTS Propagation Studies Workshop (APSW VI), JPL Report:  JPL-D-12350, pp. 159-177, December 1994.  Presented at the Sixth ACTS Propagation Studies Workshop, Clearwater Beach, FL, November 29, 1994.

D. H. Howard and P. G. Steffes, "Georgia Tech ACTS Propagation Experiment", Proceedings of the Nineteenth NASA Propagation Experimenters Meeting (NAPEX XIX) and the Seventh ACTS Propagation Studies Workshop (APSW VII), JPL publication 95-15, pp. 273-281, August 1995. Presented at the NASA Propagation Experimenters Meeting (NAPEX XIX), Fort Collins, CO, June 15, 1995.

D.H. Howard, D.J. Collins, M.A. Hoover, P.G. Steffes, M.S. Alouini, and S.A. Borgsmiller, "ACTS Propagation Measurements and System Modeling of Phase Fluctuation Effects in Phase Shift Keyed Communications Systems," Proceedings of the Advanced Communication Technology Satellite (ACTS) Results Conference, September 1995. Presented at the NASA ACTS Results Conference,  Cleveland, OH, September 12, 1995

M. S. Alouini and P. G. Steffes, "Impact of Tropospheric Scintillations on Direct-Sequence Spread-Spectrum Satellite Communication Networks."  Proceedings of the URSI International Symposium on Signals, Systems, and Electronics (ISSSE '95), pp. 67-70, October 1995.  Presented at the URSI International Symposium on Signals, Systems and Electronics, San Francisco, October 25, 1995.

M. A. Kolodner and P. G. Steffes, "New Laboratory Measurements of  the Microwave Opacity of Sulfuric Acid under Simulated Venus Conditions." Bulletin of the American Astronomical Society, vol. 27, no.3, pp 1071-1072, October 1995.  Presented at the 27th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Kona, HI, October 9, 1995.

S. H. Suleiman and P.G. Steffes, "Radiative Transfer Models for Venus Microwave and Millimeter-Wave Emission using a Ben-Reuven Formalism for SO2  Absorption", Bulletin of the American Astronomical Society, vol 27, pg.1071, October 1995.  Presented at the 27th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Kona, HI, October 9, 1995.

D. R. DeBoer and P. G. Steffes, "Potential Effect of Phosphine ($PH_3$) on the Microwave and Millimeter Wave Opacity and Emission from the Atmosphere of Neptune", Bulletin of the American Astronomical Society, vol. 27, pg. 1087, October 1995.  Presented at the 27th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Kona, HI, October 10, 1995.

P. G. Steffes and D. R. DeBoer, "The Georgia Tech Spaceborne Transmitter Database and Its Use during the 1995 Project Phoenix L-band and S-band Campaign. International Union of Radio Science Programs

and Abstracts: 1996 National Radio Science Meeting, page 115, Jan. 1996. Presented at the 1996 National Radio Science Meeting, Boulder, Co, January 11, 1996.

M. A. Kolodner and P. G. Steffes, "The Microwave Absorption of Sulfuric Acid Vapor in the Venus Atmosphere," Bulletin of the American Astronomical Society, vol. 28, pp. 1116-1117. Presented at the 28th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Tucson, AZ, October 24, 1996.

S. H. Suleiman, M. A. Kolodner, B. J. Butler, and P. G. Steffes, "VLA Images of Venus at 1.3 cm and 2 cm Wavelengths," Bulletin of the American Astronomical Society, vol. 28, pg 1117. Presented at the 28th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Tucson, AZ, October 24, 1996.

M. A. Kolodner, S. H. Suleiman, B. J. Butler, and P. G. Steffes. "The Abundance and Distribution of Sulfur-Bearing Compounds in the Lower Venus Atmosphere." EOS Trans. AGU, vol. 77, No. 46, Fall Meet. Suppl., p. F439. Presented at the Fall Meeting of the American Geophysical Union, San Francisco, CA, December 16, 1996.

S. A. Borgsmiller and P. G. Steffes, "Measurements of Ka-Band Amplitude and Phase Scintillation", Proceedings of the Twenty-First NASA Propagation Experimenters Meeting (NAPEX XXI), JPL Publication 97-13, pp. 3.1 - 3.16. Presented at the NASA Propagation Experimenters Meeting (NAPEX XXI), El Segundo, CA, June 12, 1997.

M. A. Kolodner, S. H. Suleiman, B. J. Butler, and P. G. Steffes. "Latitudinal Variations of Sulfur Compounds in the Venus Atmosphere Based on the Correlation between VLA Observations and Radio Occultation Results." Bulletin of the American Astronomical Society 29, 1042-1043. Presented at the 29th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Cambridge, MA, August 1, 1997.

S. A. Borgsmiller and P. G. Steffes, "BER Performance of DS-CDMA Systems in the Presence of Scintillation," Presentations of the Twelfth ACTS Propagation Studies Workshop (APSW XII). Presented at the 12th ACTS Propagation Studies Workshop, Fort Lauderdale, FL, November 19, 1997.

D. R. DeBoer, P. G. Steffes, and J. M. Glowacki, "Conversion of a 30 Meter Former Satellite Communications Antenna to a Radio Telescope," Proceedings of the SPIE: Telescope Control Systems III, vol. 3351, pp. 157-164. Presented at the SPIE Conference on Astronomical Telescopes and Instrumentation, Kona, HI, March 20, 1998.

P. G. Steffes, "The Non-Invasive Measure of D-glucose in the Ocular Aqueous Humor using Stimulated Raman Spectroscopy," (invited). Proceedings of the NASA/JDF Workshop on Non/Minimally Invasve Measurement of Physiological Analytes, p. 5. Presented April 7, 1998, Washington, D. C.

D. R. DeBoer and P. G. Steffes, "Performance and Potential Applications of Refurbished 30 Meter Former Satellite Communications Facilities," USNC/URSI National Radio Science Meeting: 1998 Digest, p. 256, 1998. Presented at the 1998 AP-S International Symposium and URSI National Radip Scoemce Meeting, Atlanta, GA, June 25, 1998.

D. R. DeBoer and P. G. Steffes, "Opportunistic Astronomy: Uses of Vintage Communications Antennas for Radio Astronomy and SETI, "Abstracts of the 49th International Astronautical Congress. Presented September 1998, Melbourne, Australia.

J.P . Hoffman, P. G. Steffes, and D. R. DeBoer, "Preliminary Results of Laboratory Measurements of the Centimeter Wavelength Properties of Phosphine under Simulated Conditions for the Outer Planets,"

Bulletin of the American Astronomical Society, vol. 30 no. 3, 1998. p. 1102. Presented at the 30th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Madison, WI, October 15, 1998

B.J. Butler, J.M. Jenkins, and P.G. Steffes, "Whole-disk Microwave Brightness Temperature Spectrum of Venus," Bulletin of the American Astronomical Society, vol. 30, no. 3, pp. 1105-1106. Presented at the 30th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Madison, WI, October 16, 1998.

J.M. Jenkins, B.J. Butler, P.G. Steffes, and M.A. Kolodner, "Retrievals of Sulfur-Bearing Gas Abundances from Microwave Emission Maps of Venus Obtained at the VLA," Bulletin of the American Astronomical Society, vol. 30, no. 4, pp. 1449. Presented at the 30th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Madison, WI, October 16, 1998.

P.G. Steffes, "Non-Invasive Measure of D-glucose in the Aqueous Humor," (invited). Presented at the Children's Diabetes Foundation/ Carousel of Hope Symposium, October 23, 1998, Beverly Hills, CA.

W. Chalodhorn, D.R. DeBoer, and P.G. Steffes, "Microwave Holographic Measurements of the Georgia Tech Woodbury Research Facility," International Union of Radio Science Programs and Abstracts: 1999 National Radio Science Meeting, p. 119, Jan. 1999. Presented at the National Radio Science Meeting, Boulder, CO, January 5, 1999.

P.G. Steffes, "Current Issues in Spectrum Management Affecting Radio Astronomy and Remote Sensing," International Union of Radio Science Programs and Abstracts: 1999 National Radio Science Meeting, p. 243, Jan. 1999. Presented at the National Radio Science Meeting, Boulder, CO, January 6, 1999.

J.P. Hoffman and P.G. Steffes, "Preliminary Results of Laboratory Measurements of the Centimeter Wavelength Properties of Phosphine under Simulated Conditions for the Outer Planets," International Union of Radio Science Programs and Abstracts: 1999 National Radio Science Meeting, p. 286, Jan. 1999. Presented at the National Radio Science Meeting, Boulder, CO, January 7, 1999.

D.R. DeBoer and P.G. Steffes, "The Georgia Tech Woodbury Research Facility for Radio Astronomy," International Union of Radio Science Abstracts: 26th General Assembly, p. 595, August 1999. Presented at the URSI 26th General Assembly, Toronto, Canada, August 17, 1999.

P.G. Steffes and D.R. DeBoer, "The Georgia Tech Spaceborne Transmitter Database and Its Use in Managing Spaceborne RFI in Radio Astronomical and SETI Observations," International Union of Radio Science Abstracts: 26th General Assembly, p. 829, August 1999. Presented at the URSI 26th General Assembly, Toronto, Canada, August 18, 1999.

J.P. Hoffman and P.G. Steffes, "Low Temperature Laboratory Measurements of the Centimeter Wavelength Properties of Phosphine under Simulated Outer Planet Conditions," Bulletin of the American Astronomical Society, vol. 31, no. 4, 1999. p. 1169. Presented at the 31st Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Padova, Italy, October 14, 1999.

P.G. Steffes, "Current Issues in Spectrum Management Affecting Radio Astronomy and Remote Sensing," International Union of Radio Science Programs and Abstracts: 2000 National Radio Science Meeting, p. 206, Jan. 2000. Presented at the National Radio Science Meeting, Boulder, CO, January 7, 2000.

P.G. Steffes, "Recent Results in the Use of Non-Invasive Sensing of Glucose in the Aqueous Humor as a Measure of Serum Glucose," (invited). PITTCON 2000 Book of Abstracts, p. 1356. Presented at the Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, New Orleans, LA, March 17, 2000.

J.P. Hoffman and P.G. Steffes, "Laboratory Measurements of the Microwave Opacity of Phosphine: Opacity Formalism and Applications to the Atmospheres of the Outer Planets," Bulletin of the American Astronomical Society, vol. 32, no. 3, 2000, p. 1110. Presented at the 32nd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Pasadena, CA, October 26, 2000.

P.G. Steffes, "Current Issues in Domestic Spectrum Management Affecting Radio Astronomy and Remote Sensing," International Union of Radio Science Programs and Abstracts: 2001 National Radio Science Meeting, p. 328, Jan. 2001. Presented at the National Radio Science Meeting, Boulder, CO, January 11, 2001.

J.P. Hoffman and P.G. Steffes, "Laboratory Measurements of the Microwave Opacity of Phosphine: Opacity Formalism and Applications to the Atmospheres of the Outer Planets," Presented at the National Radio Science Meeting, Boulder, CO, January 9, 2001. (First Place for Hoffman in URSI Student Paper Competition.)

J.P. Hoffman and P.G. Steffes, "Will Cassini Detect Phosphine? Results from a Ray Tracing Based Radiative Transfer Model of Saturn's Atmosphere," Bulletin of the American Astronomical Society, vol. 33, no. 3, 2001, p. 1045. Presented at the 33rd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, New Orleans, LA, November 27, 2001.

J.M Jenkins, M. A. Kolodner, B.J. Butler, S.H. Suleiman, and P.G. Steffes, "Microwave Remote Sensing of the Temperature and Distribution of Sulfur Compounds in the Lower Atmosphere of Venus," Bulletin of the American Astronomical Society, vol. 33, no. 3, 2001, p. 1038. Presented at the 33rd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, New Orleans, LA, November 27, 2001.

P.N. Mohammed and P.G. Steffes, "Preliminary Laboratory Measurements of the Millimeter Wavelength Properties of Phosphine ($PH_3$) under Simulated Outer Planet Conditions," Bulletin of the American Astronomical Society, vol. 33, no. 3, 2001, p. 1141. Presented at the 33rd Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, New Orleans, LA, December 1, 2001.

P.G. Steffes, "Scientific Uses of the Spectrum and Spectrum Policy," Invited Tutorial given at the Federal Communications Commission, Washington, DC and nationally webcast. (May 29, 2001)

P.G. Steffes, Invited Panelist, National Summit on Broadband Deployment: 2001 A Digital Odyssey, "How Can Spectrum Policy Accelerate Broadband Deployment?" Washington, DC, October 25, 2001.

P.G. Steffes, "Current Issues in Domestic Spectrum Management Affecting Radio Astronomy and Remote Sensing," International Union of Radio Science Programs and Abstracts: 2002 National Radio Science Meeting, p. 181, Jan. 2002. Presented at the National Radio Science Meeting, Boulder, CO, January 10, 2002.

P.G. Steffes, *Invited Panelist,* FCC Spectrum Policy Task Force Public Workshop on Interference Protection. *FCC DA –2-1816, ET Docket No. 02-135,* released July 26, 2002, presented in Washington, DC, August 2, 2002.

P.N. Mohammed and P.G. Steffes, "Laboratory Measurements of the Ka-band (7.5mm to 9.2 mm) Opacity of Phosphine ($PH_3$) and Ammonia ($NH_3$) Under Simulated for the Cassini-Saturn Encounter," Bulletin of the American Astronomical Society, vol. 34, no. 3, 2002, p.910. Presented at the 34th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Birmingham, AL, October 11, 2002

P.G. Steffes and P.N. Mohammed, "Study of Cassini Radio Occultation Sensitivity to Atmospheric Constituents Based on New Laboratory Measurements," Bulletin of the American Astronomical Society, vol 34, no. 3, 2002, p.910. Presented at the 34th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Birmingham, AL, October 11, 2002

A.J. Petrin and P.G. Steffes, "System Architecture for a Dynamic-Spectrum Radio," Proceedings of the 2003 International Symposium on Advanced Radio Technologies, *NTIA Special Publication SP-03-401,* 2003, pp. 47-53. Presented at the 2003 International Symposium on Advanced Radio Technologies, Boulder, CO, March 5, 2003.

A.J. Petrin and P.G. Steffes, "A Spectrum Study of Usage in and Adjacent to Passive Scientific Bands," URSI Digest – 2003 IEEE International Antennas and Propagation Symposium and USNC/CNC/URSI North American Radio Science Meeting, p. 648. Presented at the 2003 IEEE International Antennas and Propagation Symposium and USNC/CNC/URSI North American Radio Science Meeting, Columbus, OH, June 26, 2003.

P.N. Mohammed and P.G. Steffes, "Laboratory Measurements of the W-band (3.2 mm) Properties of Phosphine ($PH_3$) and Ammonia ($NH_3$) Under Simulated Conditions for the Outer Planets," Bulletin of the American Astronomical Society, vol. 35, no. 3, 2003, p.713. Presented at the 35th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Monterey, CA, September 2, 2003.

A. Petrin and P.G. Steffes, "Study of Spectrum Usage and Potential Interference in the UHF and Microwave Radio Astronomy Bands," Bulletin of the American Astronomical Society, vol. 35, no. 5, 2003, p.1268. Presented at the 203rd Meeting of the American Astronomical Society, Atlanta, GA, January 6, 2004.

A.J. Petrin and P.G. Steffes, "Measurement and Analysis of Urban Spectrum Usage," Proceedings of the 2004 International Symposium on Advanced Radio Technologies, *NTIA Special Publication SP-04-409,* 2004, pp. 45-48. Presented at the 2004 International Symposium on Advanced Radio Technologies, Boulder, CO, March 3, 2004.

P.G. Steffes and A.J. Petrin, "Study of Spectrum Usage and Potential Interference to Passive Remote Sensing Activities in the 4.5 cm and 21 cm Bands," 2004 IEEE International Geoscience and Remote Sensing Symposium Proceedings, vol. III, pp. 1679-1682. Presented at the 2004 IEEE International Geoscience and Remote Sensing Symposium, Anchorage, AK, September 23, 2004 (invited).

B. Bienstock, D. Atkinson, K. Baines, P. Mahaffy, P.Steffes, S. Atreya, A. Stern, H. Willenberg, "Neptune Polar Orbiter with Probes," Proceedings of the 55th International Astronautical Congress -2004, paper IAC-04-IAA.3.6.4.06. Presented at the 55th International Astronautical Congress, Vancouver, BC, Canada, October 7, 2004.

D.H. Atkinson, B. Bienstock, K.H. Baines, P. Mahaffy, P.Steffes, S. Atreya, A. Stern, and M. Wright, "A Neptune Vision Mission using Nuclear Electric Propulsion," Bulletin of the American Astronomical Society, vol. 36, no. 4, 2004, p.1093. Presented at the 36th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Louisville, KY, November 9, 2004.

P.N. Mohammed and P.G. Steffes, "Simulations of the Cassini Radio Occultation Experiments for the Atmosphere of Saturn Based on Recent Laboratory Measurements," Bulletin of the American Astronomical Society, vol. 36, no. 4, 2004, p.1107. Presented at the 36th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Louisville, KY, November 9, 2004.

P.G. Steffes and T.R. Hanley, "Preliminary Results for the Centimeter Wavelength Opacity of Water Vapor Under Jovian Conditions Based on New Laboratory Measurements," Bulletin of the American Astronomical Society, vol 36, no. 4, 2004, p. 1154. Presented at the 36th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Louisville, KY, November 11, 2004.

T.R. Hanley and P.G. Steffes, "The Microwave Absorption Properties of Hydrochloric Acid Vapor in the Venus Atmosphere," Bulletin of the American Astronomical Society, vol 36, no. 4, 2004, p. 1165. Presented at the 36th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Louisville, KY, November 11, 2004.

A. Petrin and P.G. Steffes, "Radio Spectrum Occupancy Model," Proceedings of the 2004 Software Defined Radio Technical Conference, vol. B, pp. 111. Presented at the 2004 Software Defined Radio Technical Conference, Scottsdale, AZ, November 17, 2004.

P. Steffes, B. Bienstock, D.H. Atkinson, K.H. Baines, P. Mahaffy, S. Atreya, A. Stern, and M. Wright, "A Neptune/Triton Vision Mission Using Nuclear Electric Propulsion," EOS (Trans. AGU), vol 85, no. 47, 2004, Fall Meeting Supplement Abstract P51B-1439. Presented at the Fall 2004 Meeting of the AGU (American Geophysical Union), December 16, 2004.

W.C. Barott and P.G. Steffes, "Antenna and Topology Choices for a Large N Array for LEO Satellite Downlink," International Union of Radio Science Programs and Abstracts: 2005 National Radio Science Meeting, pp. 59. Presented at the 2005 URSI National Radio Science Meeting, Boulder, CO, January 5, 2005

A. Petrin and P.G. Steffes, "Comparison of Radio Spectrum Usage in Urban and Rural Environments for Radio Astronomy and Passive Remote Sensing Bands," International Union of Radio Science Programs and Abstracts: 2005 National Radio Science Meeting, pp. 217. Presented at the 2005 URSI National Radio Science Meeting, Boulder, CO, January 7, 2005.

A. Petrin and P.G. Steffes, "Maximizing the Utility of Radio Spectrum," Presentation, Federal Communications Commission, Washington, DC February 2, 2005 (invited).

A. Petrin and P.G. Steffes, "Analysis and Comparison of Spectrum Measurements performed in Urban and Rural Areas to Determine the Total Amount of Spectrum Usage," Proceedings of the 2005 International Symposium on Advanced Radio Technologies, NTIA Special Publication SP-05-418, 2005, pp. 9-12. Presented at the 2005 International Symposium on Advanced Radio Technologies, Boulder, CO, March 1, 2005.

W.C. Barott and P.G. Steffes, "Using Genetic Algorithms to Remove Grating Lobes from the Patterns of Various Thinned Linear Arrays," Proceedings of the 2005 IEEE International Antennas and Propagation Symposium and USNC/URSI Radio Science Meeting, p. 170, paper P53.3. Presented at the 2005 IEEE International Antennas and Propagation Symposium and USNC/URSI North American Radio Science Meeting, Washington, DC, July 5, 2005.

A. Kliore, N. Rappaport, A. Anabtawi, S. Asmar, J. Armstrong, E. Barbinis, G. Goltz, D. Johnston, D. Fleischman, D. Rochblatt, J. Anderson, E. Marouf, K. Wong, F. Thomson, F.M. Flasar, P. Schinder, R. French, C. McGhee, P. Mohammed, P. Steffes, A. Nagy, L. Iess, P. Tortora, R. Ambrosini, and E. Flamini, "An Overview of Cassini Radio Science," Bulletin of the American Astronomical Society, vol. 37, no. 3, 2005, p. 626. Presented at the 37th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Cambridge, UK, September 5, 2005.

B. Bienstock, D.H. Atkinson, K.H. Baines, P. Mahaffy, S. Atreya, A. Stern, P.Steffes, and M. Wright, "A NEPtune/Triton Vision Mission using Nuclear Electric Propulsion," Bulletin of the American Astronomical Society, vol. 37, no. 3, 2005, p. 649. Presented at the 37th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Cambridge, UK, September 5, 2005.

P.N. Mohammed, P.G. Steffes, A. Kliore, A. Anabtawi, S. Asmar, E. Barbinis, G. Goltz, D. Johnston, and E.A. Marouf, "Vertical Profiles of Phosphine and Ammonia on Saturn Derived from the first Cassini RSS Occultation Observation using Forward Modeling," Bulletin of the American Astronomical Society, vol. 37, no. 3, 2005, p. 657. Presented at the 37th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Cambridge, UK, September 6, 2005.

T.R. Hanley and P.G. Steffes, "New Laboratory Measurements of the Microwave Absorption of Ammonia under Jovian Conditions," Bulletin of the American Astronomical Society, vol. 37, no. 3, 2005, p. 774. Presented at the 37th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Cambridge, UK, September 9, 2005.

W.C. Barott, M.A. Ingram, and P.G. Steffes, "Maximizing Ground Station Download Capacity for LEO Satellites using Genetic Algorithms," International Union of Radio Science Programs and Abstracts: 2006 National Radio Science Meeting, pp. 53. Presented at the 2006 URSI National Radio Science Meeting, Boulder, CO, January 4, 2006.

T.R. Hanley and P.G. Steffes, "Method of Characterizing Ammonia Opacity in Jovian Atmospheres with Application to Entry Probe Radio Links," Proceedings of the 4th International Planetary Probe Workshop (IPPW-4), 7 pages. Presented at the 4th International Planetary Probes Workshop, Pasadena, CA, June 28, 2006.

W.C. Barott and P.G. Steffes, "Optimizing Radiation Pattern and Sidelobes in a Genetic Wire Array," Proceedings of the 2006 IEEE International Antennas and Propagation Symposium with USNC/URSI Radio Science and AMEREM Meetings, p. 2055-2058. Presented at the 2006 IEEE International Antennas and Propagation Symposium with USNC/URSI North American Radio Science and AMEREM Meetings, Albuquerque, DC, July 12, 2006.

T.R. Hanley and P.G. Steffes, "New High-Precision Laboratory Measurements of the Hydrogen and Helium Broadened Microwave Absorption of Ammonia under Simulated Jovian Conditions," Bulletin of the American Astronomical Society, vol. 38, no. 3, 2006, p. 608. Presented at the 38th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Pasadena, CA, October 12, 2006.

P.G. Steffes and T.R. Hanley, "An Enhanced System for Laboratory Measurements of the Centimeter-Wave Properties of Ammonia under Simulated Conditions for the Outer Planets," <u>Bulletin of the American Astronomical Society</u>, vol. 38, no. 3, 2006, pp. 608-609. Presented at the 38th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Pasadena, CA, October 12, 2006.

B.M. Karpowicz, P.G. Steffes, and J.P. Hoffman, "A View of Outer Planet Composition from Orbiting Spacecraft via Microwave Emission: Results from a New Hybrid Ray-Tracing Radiative Transfer Model," <u>Bulletin of the American Astronomical Society</u>, vol. 39, no. 3, 2007, p. 414. Presented at the 39th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Orlando, FL, October 8, 2007.

K. Devaraj and P.G. Steffes, "Preliminary Results for the 2-4 Millimeter Wavelength Continuum Opacity of Ammonia based on New Laboratory Measurements under Simulated Jovian Conditions," <u>Bulletin of the American Astronomical Society</u>, vol. 39, no. 3, 2007, p. 447. Presented at the 39th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Orlando, FL, October 9, 2007

T.R. Hanley and P.G. Steffes, "New High-Precision Laboratory Measurements of the Hydrogen and Helium Broadened Microwave Opacity of Ammonia under Simulated Deeper Atmospheric Jovian Conditions," <u>Bulletin of the American Astronomical Society</u>, vol. 39, no. 3, 2007, p. 447. Presented at the 39th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Orlando, FL, October 9, 2007.

P.G. Steffes B.M. Karpowicz, and T.R. Hanley, "A Laboratory System for Measurement of the Centimeter-Wave Properties of Gases under Simulated Conditions for Deep Jovian Atmospheres," <u>Bulletin of the American Astronomical Society</u>, vol. 39, no. 3, 2007, p. 447. Presented at the 39th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Orlando, FL, October 9, 2007.

P.G. Steffes, T.R. Hanley, B.M. Karpowicz, and K. Devaraj, "Laboratory Measurements of the Microwave and Millimeter-Wave Properties of Planetary Atmospheric Constituents: The Georgia Tech System," In <i>Workshop on Planetary Atmospheres</i>, pp. 117-118. LPI Contribution No. 1376, Lunar and Planetary Institute, Houston. Presented at the 2007 Workshop on Planetary Atmospheres, Greenbelt, MD, November 6, 2007.

K. Devaraj and P.G. Steffes, "Laboratory Measurements of W-band Continuum Opacity of Ammonia Using a Fully Confocal Fabry-Perot Resonator," <u>International Union of Radio Science Programs and Abstracts: 2008 National Radio Science Meeting</u>, pp. J1-4. Presented at the 2008 URSI National Radio Science Meeting, Boulder, CO, January 3, 2008.

T.R. Hanley and P.G. Steffes, "New Laboratory Measurements of the Microwave Absorption Coefficient of Ammonia and Water Vapor under Jovian Conditions," <u>International Union of Radio Science Programs and Abstracts: 2008 National Radio Science Meeting</u>, pp. J1-5. Presented at the 2008 URSI National Radio Science Meeting, Boulder, CO, January 3, 2008.

B.M. Karpowicz and P.G. Steffes, "From Modeling to Laboratory Measurements: Simulated Microwave Radiometer Sensitivity to Water Vapor Abundance and a New High Pressure System to Measure Water Vapor under Jovian Conditions," <u>International Union of Radio Science Programs and Abstracts: 2008</u>

National Radio Science Meeting, pp. J1-6. Presented at the 2008 URSI National Radio Science Meeting, Boulder, CO, January 3, 2008.

B.M. Karpowicz, P.G. Steffes, and T.R. Hanley, "A Laboratory System for Simulation of Extreme Atmospheric Conditions in the Deep Atmospheres of Venus, Jupiter, and Beyond," Program of the 6th International Planetary Probes Workshop, p. 28. Presented at the 6th International Planetary Probes Workshop, Atlanta, GA, June 25, 2008.

P.G. Steffes, "Microwave Remote Sensing of Planetary Atmospheres: From Staelin and Barrett to the NASA Juno Mission," 2008 IEEE International Geoscience and Remote Sensing Symposium Proceedings, vol. I, pp. 679-682. Presented at the 2008 IEEE International Geoscience and Remote Sensing Symposium, Boston, MA, July 7, 2008 (invited).

B.M. Karpowicz, P.G. Steffes, and T.R. Hanley, "Measurements of the Centimeter-Wave Properties of Gases under Simulated Conditions for Deep Jovian Atmospheres," Bulletin of the American Astronomical Society, vol. 40, no. 3, 2008, p. 414. Presented at the 40th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Ithaca, NY, October 13, 2008.

K. Devaraj and P.G. Steffes, "A New Laboratory System for Measurement of the Millimeter-Wave Properties of Gases and Preliminary Results for the Continuum Opacity of Ammonia," Bulletin of the American Astronomical Society, vol. 40, no. 3, 2008, p. 497. Presented at the 40th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Ithaca, NY, October 14, 2008.

T.R. Hanley, P.G. Steffes, and B.M. Karpowicz, "A New Model of the Hydrogen and Helium-Broadened Microwave Opacity of Ammonia Based on Extensive Laboratory Measurements," Bulletin of the American Astronomical Society, vol. 40, no. 3, 2008, p. 497. Presented at the 40th Annual Meeting of the Division for Planetary Sciences of the American Astronomical Society, Ithaca, NY, October 14, 2008.

Research Technical Reports

P. G. Steffes, "Millimeter-Wave Converter Techniques," Report to Watkins-Johnson Company, Report Recon R780224, 1978.

P. G. Steffes, "Millimeter-Wave Intercept System," Report to Watkins-Johnson Company, Report Recon R780714, 1978.

P. G. Steffes, F. A. Sutter, and R. A. Meck, "Modular Millimeter-Wave Receiving System," Report to Watkins-Johnson Company, Report Recon R790911, 1979.

P. G. Steffes, "Technical Evaluation of Doppler Direction Finding (D/F) System," Report to Watkins-Johnson Company, January 1985.

P. G. Steffes, "Laboratory Evaluation and Application of Microwave Absorption Properties Under Simulated Conditions for Planetary Atmospheres," Annual Status Reports to NASA, Grant NAGW-533: December 1984, December 1985, October 1986, November 1987, November 1988, October 1989, July 1990, July 1991, October 1992, August 1993, July 1994, May 1995, and July 1996. Grant NAG5-4190: August 1997, May 1998, September 1999, September 2000, May 2001, and May 2002. Grant NAG5-12122: February 2003, February 2004, and May 2005. Grant NNG05GQ87G: August 2006. Grant NNG6GF34G: May 2007 and April 2008.

P. G. Steffes, "Research in Development of Satellite Interference Location System (SILS) at Georgia Tech," Annual Report for Contract C- 10070 to GTE Spacenet Corporation, January 1988, January 1989, December 1989, and June 1990.

P. G. Steffes, "Pioneer-Venus Radio Occultation (ORO) Data Reduction: Profiles of 13 cm Absorptivity," Quarterly Report to NASA Ames Research Center, Grant NAG 2-515, September 1988, December 1988, March 1989, September 1989, December 1989, March 1990, June 1990 and September 1990.

P. G. Steffes, "Search for Extraterrestrial Intelligence High Resolution Microwave Survey Team Member," Semiannual Status Reports to NASA, Grant NAG2-700, August 1991, February 1992, August 1992, December 1992, and August 1993. Final Report, August 1994.

D.H. Howard and P.G. Steffes, "RF Propagation Effects and ACTS Satellite Channel Characterization," Quarterly Report to NASA Lewis Research Center, Contract NAS3-27361, December 1994 - December 1995. Annual Reports: September 1996, September 1997, September 1998 Final Report: September 1999.

P. G. Steffes, "Managing Effects of Spaceborne Radio Frequency Interference (RFI) in the Project Phoenix Deployment at Parkes, Australia," Final Report to the SETI Institute, January 1996.

P. G. Steffes, " Laboratory Measurements of the Microwave Opacity of Ammonia and Water Vapor under Simulated Conditions for the Jovian Atmosphere in Support of the JUNO/MWR Instrument – Results from Phase B Activity," Report for Phase B of Subcontract 699054X from the Southwest Research Institute supporting the Juno Science Team under NASA Contract NNM06AA75C from the Marshall Space Flight Center, September 2008.

Federal Filings
(The following filings were authored in response to FCC notices, and were submitted to the FCC by the National Academies' (NAS/NAE) Committee on Radio Frequencies (CORF), for which Professor Steffes was Chair from 1998-2001. He is the principal technical author of these filings. As per National Research Council (NRC) policy, all of these filings were subject to independent, external peer-review. The text of these filings may be found at www.nas.edu/bpa/corf. )

*In the Matter of Amendment of Part 27 of the Commission's Rules to Revise Rules for Services in the 2.3 GHz Band and to Include Licensing of Services in the 47 GHz Band (WT Docket No. 98-136).* NRC Committee on Radio Frequencies. 17 Pages. Filed September 21, 1998.

*In the Matter of Amendment of Parts 27, 25 and 97 of the Commission's Rules with regard to the Mobile Satellite Service Above 1 GHz (ET Docket No. 98-142).* NRC Committee on Radio Frequencies. 8 Pages. Filed September 21, 1998.

*In the Matter of Amendment of Parts 2 and 25 of the Commission's Rules to Permit Operation of NGSO FSS Systems Co-Frequency with GSO and Terrestrial Systems in the Ku-Band Frequency Range, and Amendment of the Commission's Rules to Authorize Subsidiary Terrestrial Use of the 12.2-12.7 GHz Band by Direct Broadcast Satellite Licensees and Their Affiliates (ET Docket No. 98-206).* NRC Committee on Radio Frequencies. 5 Pages. Filed March 2, 1999.

*In the Matter of Amendment of Parts 2 and 25 to Implement the Global Mobile Personal Communications by Satellite (GMPCS) Memorandum of Understanding and Arrangements and Petition of the National Telecommunications and Information Administration to Amend Part 25 of the*

*Commission's Rules To Establish Emission Limits for Mobile and Portable Earth Stations Operating in the 1610-1660.5 MHz Band (IB Docket No. 99-67).* NRC Committee on Radio Frequencies. 8 pages. Filed June 21, 1999.

*In the Matter of The Establishment of Policies and Service Rules for the Mobile Satellite Service in the 2 GHz Band (ET Docket No. 99-81).* NRC Committee on Radio Frequencies. 7 pages. Filed on June 24, 1999.

*In the Matter of Amendment of Parts 2 and 95 of the Commission's Rules to Create a Wireless Medical Telemetry Service (ET Docket No. 99-255).* NRC Committee on Radio Frequencies. 6 pages. Filed on September 30, 1999.

*In the Matter of Amendment of Part 2 of the Commission's Rules to Allocate Additional Spectrum to the Inter-Satellite, Fixed, and Mobile Services and to Permit Unlicensed Devices to Use Certain Segments in the 50.2-50.4 GHz and 51.4-71.0 GHz Bands.* NRC Committee on Radio Frequencies. 6 pages. Filed on September 30, 1999.

*In the Matter of Proceeding to Address Satellite Network Unwanted Emissions (RM-9740).* NRC Committee on Radio Frequencies. 8 pages. Filed on December 20, 1999.

*In the Matter of the 4.9 GHz Band Transferred from Federal Government Use (WT Docket No. 00-32).* NRC Committee on Radio Frequencies. 6 pages. Filed on April 26, 2000.

*In the Matter of Amendment of the Commission's Rules With Regard to the 3650-3700 MHz Government Transfer Band (ET Docket No. 98-237 and RM-9411) and The 4.9 GHz Band Transferred from Federal Government Use (WT Docket No. 00-32).* NRC Committee on Radio Frequencies. 11 pages. Filed December 19, 2000.

*In the Matter of Reallocation of the 216-220 MHz, 1390-1395 MHz, 1427-1429 MHz, 1429-1432 MHz, 1432-1435 MHz, 1670-1675 MHz, and 2385-2390 MHz Government Transfer Bands (ET Docket No. 00-221).* NRC Committee on Radio Frequencies. 8 pages. Filed February 20, 2001.

*In the Matter of Amendment of Part 2 of the Commission's rules to Allocate Spectrum Below 3 GHz for Mobile and Fixed Services to Support the Introduction of New Advanced Wireless Services, including Third Generation Wireless Systems (ET Docket No. 00-258); Petition for Rulemaking of the Cellular Telecommunications Industry Association Concerning Implementation of WRC-2000: Review of Spectrum and Regulatory Requirements for IMT-2000 (RM-9920); Amendment of the U.S. Table of Frequency Allocations to Designate the 2500-2520/2670-2690 MHz Frequency Bands for the Mobile-Satellite Service (RM-9911).* NRC Committee on Radio Frequencies. 5 pages, Filed March 9, 2001.

*In the Matter of Allocation and Designation of Spectrum for Fixed-Satellite Services in the 37.5-38.5 GHz, 40.5-41.5 GHz, and 48.2-50.2 GHz Frequency Bands; Allocation of Spectrum to Upgrade Fixed and Mobile Allocations in the 40.5-42.5 GHz Frequency Band; Allocation of Spectrum in the 46.9-47.0 GHz Frequency Band for Wireless Services; and Allocation of Spectrum in the 37.0-38.0 GHz and 40.0-40.5 GHz for Government Operations.* NRC Committee on Radio Frequencies. 8 pages, Filed September 4, 2001.

*In the Matter of the 4.9 GHz Band Transferred from Federal Government Use (WT Docket No. 00-32/Further Notice of Proposed Rulemaking).* NRC Committee on Radio Frequencies. 6 pages. Filed on July 1, 2002.

**June 2009**

# Exhibit B:

## Power Received from Code Offet: 148 149 152 156 157



## CERTIFICATE OF SERVICE

I certify that on this date I have served a copy of the foregoing pleading by depositing a copy in the United States Mail, with sufficient postage attached to insure delivery, addressed to:

**JASON FISHER**
**Assistant Attorney General**
**Georgia Department of Law**
**40 Capitol Square, S.W.**
**Atlanta, Georgia 30334**

This 15th day of July, 2009

_____
**August F. Siemon**